*ACT, Inc. v. Worldwide Interactive Network, Inc.*
**U.S. District Court for the Eastern District of Tennessee**
**Case No. 3:18-cv-00186-TRM-HBG**

# EXHIBIT A

**PLAINTIFF AND COUNTER-DEFENDANT ACT, INC.'S
OPPOSITION TO MOTION TO DE-DESIGNATE**

**Important Note: Offers which impose conditions OR that modify material requirements OR that change the specifications or terms and conditions of this Solicitation in any manner may be rejected.**



| | | |
|---|---|---|
| **State of South Carolina**<br><br>Request for Proposal | Solicitation:<br>Date Issued:<br>Procurement Officer:<br>Phone:<br>E-Mail Address:<br>Mailing Address: | 5400014577<br>11-14-2017<br>KATHY SANTANDREU<br>803-896-5304<br>ksantandreu@mmo.sc.gov<br>SFAA, Div. of Procurement Services, MMO<br>1201 Main Street, Suite 600<br>Columbia SC 29201 |

DESCRIPTION: **Career Ready Test**

USING GOVERNMENTAL UNIT: **Statewide Term Contract**

# ORIGINAL

SUBMIT YOUR OFFER ON-LINE AT THE FOLLOWING URL: http://www.procurement.sc.gov

SUBMIT OFFER BY (Opening Date/Time): **12/22/2017 11:00:00** (See "Deadline For Submission Of Offer" provision)

QUESTIONS MUST BE RECEIVED BY: **11/30/2017 10:00 AM** (See "Questions From Offerors" provision)

NUMBER OF COPIES TO BE SUBMITTED: **RESPONSES SHOULD BE SUBMITTED ON-LINE. ONLY ONLINE SUBMISSIONS WILL BE CONSIDERED. SEE ALSO ON-LINE BIDING STRUCTION CLAUSE AND SUBMITTING CONFIDENTIAL INFORMATION CLAUSE.**

| CONFERENCE TYPE: **Not Applicable**<br>DATE & TIME:<br>(As appropriate, see "Conferences - Pre-Bid/Proposal" & "Site Visit" provisions) | LOCATION: **Not Applicable** |
|---|---|

| AWARD &<br>AMENDMENTS | Award will be posted on **1/26/2018** . The award, this solicitation, any amendments, and any related notices will be posted at the following web address: http://www.procurement.sc.gov |
|---|---|

You must submit a signed copy of this form with Your Offer. By signing, You agree to be bound by the terms of the Solicitation. You agree to hold Your Offer open for a minimum of sixty (60) calendar days after the Opening Date. (See "Signing Your Offer" provision.)

| NAME OF OFFEROR<br>**Worldwide Interactive Network, Inc. (WIN)**<br><br>(full legal name of business submitting the offer) | Any award issued will be issued to, and the contract will be formed with, the entity identified as the Offeror. The entity named as the offeror must be a single and distinct legal entity. Do not use the name of a branch office or a division of a larger entity if the branch or division is not a separate legal entity, i.e., a separate corporation, partnership, sole proprietorship, etc. |
|---|---|
| AUTHORIZED SIGNATURE<br>*[signature]*<br>(Person must be authorized to submit binding offer to contract on behalf of Offeror.) | DATE SIGNED<br>**12/22/2017** |
| TITLE<br>**President & CEO**<br>(business title of person signing above) | STATE VENDOR NO.<br>**7000053961**<br>(Register to Obtain S.C. Vendor No. at www.procurement.sc.gov) |
| PRINTED NAME<br>**Teresa C. Chasteen**<br>(printed name of person signing above) | STATE OF INCORPORATION<br>**Tennessee 05/10/1996**<br>(If you are a corporation, identify the state of incorporation.) |

OFFEROR'S TYPE OF ENTITY: (Check one) (See "Signing Your Offer" provision.)

___ Sole Proprietorship ___ Partnership ___ Other_____

_X_ Corporate entity (not tax-exempt) ___ Corporation (tax-exempt) ___ Government entity (federal, state, or local)

COVER PAGE - ON-LINE ONLY (MAR. 2015)

EXHIBIT 9w
#3 Santandeu

NGAD 800-631-6989

SCSPA000758

| HOME OFFICE ADDRESS (Address for offeror's home office / principal place of business) | NOTICE ADDRESS (Address to which all procurement and contract related notices should be sent.) (See "Notice" clause) |
|---|---|
| **1000 Waterford Place**<br>**Kingston, TN 37763**<br>**Phone: 888-717-9461**<br>**Fax: 865-717-9461** | **1000 Waterford Place**<br>**Kingston, TN 37763**<br>**Phone: 888-717-9461**<br>**Fax: 865-717-9461**<br>**Email: tchasteen@winlearning.com**<br>**     sfain@winlearning.com**<br><br>_____ Area Code - Number - Extension Facsimile<br><br>_____ E-mail Address |

| PAYMENT ADDRESS (Address to which payments will be sent.) (See "Payment" clause) | ORDER ADDRESS (Address to which purchase orders will be sent) (See "Purchase Orders and "Contract Documents" clauses) |
|---|---|
| **P.O. Box 1000**<br>**Kingston, TN 37763**<br><br><br>____ Payment Address same as Home Office Address<br>____ Payment Address same as Notice Address  (check only one) | ____ Order Address same as Home Office Address<br>X Order Address same as Notice Address  (check only one) |

### ACKNOWLEDGMENT OF AMENDMENTS
Offerors acknowledges receipt of amendments by indicating amendment number and its date of issue. (See "Amendments to Solicitation" Provision)

| Amendment No. | Amendment Issue Date | Amendment No. | Amendment Issue Date | Amendment No. | Amendment Issue Date | Amendment No. | Amendment Issue Date |
|---|---|---|---|---|---|---|---|
| Amendment #1 Solicitation 5400014577 | 12/7/2017 | | | | | | |
| Amendment #2 Solicitation 5400014577 | 12/8/2017 | | | | | | |

| DISCOUNT FOR PROMPT PAYMENT (See "Discount for Prompt Payment" clause) | 10 Calendar Days (%) | 20 Calendar Days (%) | 30 Calendar Days (%) | ____ Calendar Days (%) |
|---|---|---|---|---|
| | | | | |

PREFERENCES - A NOTICE TO VENDORS (SEP. 2009): **PREFERENCES DO NOT APPLY**

PREFERENCES - ADDRESS AND PHONE OF IN-STATE OFFICE: **PREFERENCES DO NOT APPLY**



____ In-State Office Address same as Home Office Address  ____ In-State Office Address same as Notice Address  (check only one)

PAGE TWO (SEP 2009)                    End of PAGE TWO

# WIN Learning | South Carolina Career Ready Test RFP 5400014577

## A. TECHNICAL PROPOSAL | EXECUTIVE SUMMARY

Worldwide Interactive Network (dba WIN Learning) – a national career readiness solutions provider and a leading publisher of next generation career readiness assessments, curriculum and exploration tools – is proposing a turn-key solution for administration, scoring and reporting of an off-the-shelf career readiness skills and aptitudes assessment for the State of South Carolina. The assessment will be administered statewide, online and in paper form, to approximately 70,000 students and adults annually beginning in spring 2018.

The proposed WIN solution includes a combination of four valid and reliable assessments that are aligned to state / national standards for career and college readiness and will achieve both the state's educational objectives as defined by the Education Accountability Act (Title 59, Chapter 18) and workforce development system objectives.

- *WIN Ready to Work Applied Mathematics Assessment* – Measures foundational workplace mathematical reasoning and problem-solving skills.

- *WIN Ready to Work Locating Information Assessment* – Measures comprehension and application of workplace graphics such as charts, graphs, tables, forms, flowcharts, diagrams, maps, and instrument gauges.

- *WIN Ready to Work Reading for Information Assessment* – Measures comprehension and critical thinking using written workplace text including emails, websites, letters, contracts, signs, notices, policies, and regulations.

- *WIN Essential Soft Skills Assessment* – Measures foundational work habits and employability skills that employers nationwide commonly define as essential to gain and maintain employment including cooperate with others, resolve conflict and negotiate, observe critically, and take responsibility for learning.

WIN proposes to combine and custom-brand the four component assessment instruments as a single *South Carolina Career Ready Test* or some similar brand at the discretion of the State of South Carolina. Each of the four component assessment instruments are timed / proctored separately and so may be delivered in one or multiple sessions.

For students and educators, the proposed assessment and corresponding score report will guide the development of individual graduation plans and the selection of courses that correspond with individual student postsecondary education and career goals. For adult jobseekers and the workforce system, the proposed assessment and corresponding score report will benchmark and match jobseeker skills with the needs of South Carolina employers.

The four proposed component assessments are based on a compilation of prevailing employer focused research including, but not limited to, the U.S. Department of Labor *Survey of Necessary and Comprehensive Skills (SCANS)*; U.S. Department of Labor *Building Blocks Competency* Model; U.S. Department of Education *Employability Skills Framework*; National Network of

3

SCSPAX0000160

Business and Industry Associations *Common Employability Skills*; and Center for Literacy, Education and Employment *Equipped for the Future* standards. All four component assessments are criterion-referenced against absolute standards for performance, and therefore, measure mastery of specific learning objectives rather than comparing an individual's scores to the performance of other test takers. The three WIN Ready to Work Assessments are further aligned and comparable to the ACT WorkKeys® branded assessments currently used by the State of South Carolina.

WIN will provide, maintain and update as appropriate all testing materials, including test items, test forms, customized test forms, manuals, score interpretation or user guides, brochures, and memos during the term of the contract.

Having designed and implemented more than 2,000 career readiness projects serving 10 million learners across all 50 states, WIN is uniquely qualified to deliver on the requirements of this project. Founded in 1996 by current President and CEO Teresa Chasteen, Ph.D., WIN is headquartered in Kingston, Tennessee – just outside of Knoxville – and has field offices in Florida, Texas, and Kentucky.

Our capability to deliver on the requirements of this project is best evidenced by the successful design and implementation of current statewide assessment projects in Florida, New York, Arizona and Kentucky that parallel in scope and scale and utilize the same system and assessment instruments proposed to support the *South Carolina Career Ready Test*.

The online version of the assessment will be delivered and all required examinee data management and consolidated online and paper-based score reporting, including generation of summary data files, will be managed through the web-based WIN Career Readiness System (wincrsystem.com). Based on pre-established hierarchical permissions, the system provides state, district and local administrators / proctors on-demand access to assessment date and scores for each component assessment by individual or by groups of students / jobseekers including, but not limited to, state, school district, school, class, workforce region, career center and/or program levels. The data may also be downloaded as a CSV formatted file.

WIN further proposes to electronically generate a custom *South Carolina Career Ready Credential*, or similar state defined and branded credential, based on the results of the *South Carolina Career Ready Test* from the WIN Career Readiness System. Students / jobseekers and authorized administrators / proctors will be able to view, option to download and print the credential on-demand. This credential will provide evidence of the scope and level of individual student / jobseeker career readiness for academic and career planning purposes and may be shared by the student / jobseeker with employers to certify readiness for hiring.

WIN has partnered with Scantron (scantron.com) – an iconic assessment and psychometric services company with a long-standing reputation for delivery of large-scale, client-focused testing solutions – to provide, via subcontract with WIN, the printing, distribution and scoring of the paper version of the assessment and the required Technical Reports.

4

SCSFAA0000161

WIN will provide appropriate training and continuous customer service / technical assistance and will directly communicate and coordinate all administration details and key dates, at least one month before the deadline or the activity, directly to school districts / school testing coordinators and other using governmental units throughout the term of the contract.

WIN has a collaborative, customer-focused management style centered around achieving customer goals, customer satisfaction, and return on customer investment. To ensure quality control, supervision of the project will be vested with the WIN Executive Leadership Team. A dedicated WIN project manager, who will be empowered to make decisions, will serve as the direct, single point-of-contact for the South Carolina Department of Education, the South Carolina Department of Employment and Workforce, and local using governmental units including, but not limited to, school districts / schools. A primary project management team comprised of WIN and Scantron professionals, with unparalleled technical and best practice expertise, will lead day-to-day implementation. This project management approach will streamline communication and coordination with project stakeholders at all levels, ensure rapid response to customer needs, and facilitate timely, reliable, error-free delivery of services throughout the lifecycle of the contract.

WIN will provide separate invoicing and combined data files according to the specifications of the South Carolina Department of Education, the South Carolina Department of Employment and Workforce, and local using governmental units.

WIN and Scantron are committed to providing the State of South Carolina an efficient and cost-effective solution that fully satisfies all requirements of the request for proposal including, but not limited to, all security and privacy objectives, and all amendments including Amendment 1 dated 12/7/2017 and Amendment 2 dated 12/8/2017

## 1.   Test Title and Copyright Date

The complete title and original publication dates of the four proposed component assessment instruments and corresponding technical manuals are as follows:

***WIN Ready to Work Applied Mathematics Assessment***
Original: 2012 Technical Manual: 2012

***WIN Ready to Work Locating Information Assessment***
Original: 2012 Technical Manual: 2012

***WIN Ready to Work Reading for Information Assessment***
Original: 2012 Technical Manual: 2012

***WIN Essential Soft Skills Assessment***
Original: 2006 Technical Manual: 2006

Third-party research and subject matter expert review have continued to validate the relevance and rigor of the underlying standards and construct of the component assessments; therefore, there have been no substantive revisions to the four proposed component assessment instruments

5

SCSFAA0000162

beyond standard item review and refresh or to the corresponding technical manuals since originally published. A review and refresh of the assessment items for all four assessment offerings is planned for 2018 / 2019.

## 2. Purpose
The four proposed component assessments were developed in response to education, workforce / economic development, and business / industry demand for a common measure of student / jobseeker career readiness. The assessments target the portable, foundational workplace numeracy and literacy, communication, critical thinking, problem-solving and soft skills that employers nationwide commonly define as essential to gain and maintain employment across industries, occupations and specific jobs from entry level to professional.

The scores are currently being used by educators, workforce development professionals, and employers nationwide and likewise may be used by the State of South Carolina to validly certify student / jobseeker foundational career readiness in the form of a South Carolina branded career readiness credential as well as validly indicate readiness for postsecondary career and technical education, industry certification, apprenticeship, on-the-job training, and employment.

Correlated to grade levels, component assessment scores may be used as a benchmarking tool to satisfy new U.S. Department of Labor Workforce Innovation and Opportunity Act (WIOA) regulations requiring prioritization of workforce development services for jobseekers who are basic skills deficient.

At the state, regional or community level, the aggregate results can also be used to inform education and workforce policy and support Work Ready Community and other talent and economic development initiatives.

## 3. Test Overview
The three proposed components of the WIN Ready to Work Assessments (Applied Mathematics, Locating Information and Reading for Information) were developed from 2010 to 2012 and first published in 2012 by WIN Learning in collaboration with Measured Progress (measuredprogress.org), a national leader in the standards-based assessment industry. The assessments were developed in direct response to a request from the State of Florida for a more cost-effective and flexible alternative to the assessment system offered by ACT WorkKeys®. More than 235,000 of these assessments have been effectively administered by more than 500 using governmental units in Florida including high schools, community colleges, technical centers, the state workforce development system career centers, juvenile justice and corrections programs, community-based organizations and employers since 2012.

These three components measure student / jobseeker ability to apply the foundational workplace numeracy and literacy, communication, critical thinking, and problem-solving skills that employers nationwide commonly define as essential to gain and maintain employment including:

- *WIN Ready to Work Applied Mathematics Assessment* – Measures foundational workplace mathematical reasoning and problem-solving skills.

6

SCSFAA0000163

- ***WIN Ready to Work Locating Information Assessment*** – Measures comprehension and application of workplace graphics such as charts, graphs, tables, forms, flowcharts, diagrams, maps, and instrument gauges.

- ***WIN Ready to Work Reading for Information Assessment*** – Measures comprehension and critical thinking using written workplace text including emails, websites, letters, contracts, signs, notices, policies, and regulations.

These three proposed components are further aligned and comparable to the ACT WorkKeys® branded assessments currently being used by the State of South Carolina.

The proposed component WIN Essential Soft Skills Assessment was developed from 2004 to 2006 and first published in 2006 by the National Work Readiness Council, a national nonprofit workforce development, training and advocacy organization founded by the U.S. Chamber of Commerce; the state departments of labor or equivalent for New York, New Jersey, Florida, Washington, and the District of Columbia; and Junior Achievement. Castle Worldwide, a national assessment company with expertise in high-stakes industry credentialing and licensure testing, led the assessment design and development. In 2015, WIN Learning became the exclusive provider of the assessment and manages ongoing maintenance of the assessment.

The Essential Soft Skills Assessment component measures foundational work habits and employability skills in demand by employers including cooperate with others, resolve conflict and negotiate, observe critically, and take responsibility for learning. Approximately 100,000 of these assessments have been effectively administered by more than 1,000 using governmental units nationwide including high schools, community colleges, technical centers, state workforce system career centers, juvenile justice and corrections programs, community-based organizations and employers since 2006.

The four proposed component assessments are based on a compilation of more than 20 years of employer focused research including, but not limited to, the U.S. Department of Labor *Survey of Necessary and Comprehensive Skills (SCANS)*; U.S. Department of Labor *Building Blocks Competency* Model; U.S. Department of Education *Employability Skills Framework*; National Network of Business and Industry Associations *Common Employability Skills*; and Center for Literacy, Education and Employment *Equipped for the Future* standards.

The career readiness skills and attributes measured by the proposed *South Carolina Career Ready Test* align to the *South Carolina Profile of the Graduate* and match the educational objectives as defined by the Education Accountability Act (Title 59, Chapter 18) and workforce development system objectives.

The proposed assessment is criterion-referenced against absolute standards for performance, and thus measures mastery of specific learning objectives rather than comparing an individual's scores to the performance of other test takers. Importantly, the items are designed to measure student / jobseeker ability to apply the targeted career readiness skills and attributes, not simply demonstrate knowledge of the related concepts.

7

SCSFAA0000164

The test items for the Applied Mathematics, Locating Information and Reading for Information components are career contextualized multiple-choice questions. The Essential Soft Skills component is a unique 'best' and 'worst' design, requiring the student / jobseeker to select the 'best' answer and 'worst' answer in response to a series of career contextualized situational judgement prompts. All items are machine scored.

WIN proposes to combine and custom-brand the four component assessment instruments as a single *South Carolina Career Ready Test* or some similar brand at the discretion of the State of South Carolina. Each of the four component assessment instruments are timed / proctored separately and so may be delivered in one or multiple sessions. Two equated forms (Form A and Form B) will be provided for the proposed *South Carolina Career Ready Test*. Each composite form will include 129 total items with the following number of items and recommended standard assessment administration time per component skill / reporting category:

- Applied Mathematics        34 questions              55 minutes
- Locating Information        21 items                  55 minutes
- Reading for Information     34 items                  55 minutes
- Essential Soft Skills       40 items / 80 responses   60 minutes

The same two forms / items will be administered online and in paper form to minimize differences in the testing experience based on the administration modality. While there are still unanswered questions about the comparability of computer-based testing and paper-based testing, ensuring identical content is essential.

A composite blueprint for the proposed *South Carolina Career Ready Test*, summarizing each component skill / reporting category, is provided as Attachment #1 to this response. Importantly, WIN is prepared to augment the proposed assessment based on specific South Carolina defined standards during the term of the contract.

### 4. Test Characteristics
The characteristics of the proposed *South Carolina Career Ready Test*, as described in Sections 2 and 3 of this proposal, make it suitable and a reliable and valid indicator of career readiness for high school students and adults.

For students and educators, the proposed assessment and corresponding score report will inform the development of individual graduation plans and the selection of courses that correspond with individual student postsecondary education and career goals. For adult jobseekers and the workforce system, the proposed assessment and corresponding score report will benchmark and match jobseeker skills with the needs of South Carolina employers.

WIN further proposes to electronically generate a custom *South Carolina Career Ready Credential*, or similar state defined and branded credential, based on the results of the *South Carolina Career Ready Test* from the WIN Career Readiness System. Students / jobseekers and authorized administrators / proctors will be able to view, option to download and print the credential on-demand. This credential will provide evidence of the scope and level of individual student / jobseeker career readiness for academic and career planning purposes and may be

8

SCSFAA0000165

shared by the student / jobseeker with employers to certify readiness for hiring. A representative sample of the credential is included with the sample Assessment Materials referenced in Section 5 as Attachment #5.

The proposed *South Carolina Career Ready Test* will provide scores that are reliable and valid indicators of career readiness skills and/or aptitudes. Test quality is measured in terms of reliability and validity. To ensure that the WIN Ready to Work and Essential Soft Skills Assessments achieve the quality necessary for use by local, state and national organizations, a detailed item-testing and analysis process was implemented. In the standards-referenced world, validity is determined by how well a test corresponds to standards/objectives. Reliability is the degree to which a test works in a predictable way. In principle, if you give a test to a particular learner twice, a perfectly reliable test would always produce the same score. Thus, a valid test must also have proven reliability.

In summary, the proposed *South Carolina Career Ready Test* measures the career readiness skills and attributes that define the *South Carolina Profile of the Graduate* as follows:

| Summary Alignment \| South Carolina Profile of the Graduate with WIN proposed South Carolina Career Ready Test | | |
|---|---|---|
| | **Profile Standards** | **Proposed Assessment Component** |
| **World-Class Knowledge** | Rigorous career and college readiness standards in language arts and math | Career readiness substantially covered, and college readiness standards partially covered by Applied Mathematics, Reading for Information |
| | Multiple Languages, STEM, Arts and Social Sciences | Select career readiness STEM standards covered by Applied Mathematics and Locating Information and select Social Sciences standards covered by Essential Soft Skills |
| **World-Class Skills** | Creativity and Innovation | Applied Mathematics, Locating Information, Reading for Information and Essential Soft Skills |
| | Critical Thinking and Problem solving | Applied Mathematics, Locating Information, Reading for Information and Essential Soft Skills |
| | Collaboration and Teamwork | Essential Soft Skills |
| | Communicating of Information | Applied Mathematics, Locating Information, Reading for Information and Essential Soft Skills |
| | Media and Technology | Essential Soft Skills |
| | Knowing How to Learn | Essential Soft Skills |
| **Life and Career Characteristics** | Integrity | Essential Soft Skills |
| | Self-Direction | Essential Soft Skills |
| | Global Perspective | Essential Soft Skills |
| | Perseverance | Essential Soft Skills |
| | Work Ethic | Essential Soft Skills |
| | Interpersonal Skills | Essential Soft Skills |

9

ScSFAA0000166

The proposed assessment offers meaningful information to employers about student / jobseeker career readiness skills and aptitudes. Multiple third-party studies in states that have implemented the proposed solution indicate double digit reductions in hiring and training time and costs and supporting whole community economic growth. The scores are suitable for use in hiring decisions and are legal and defendable in a court of law, but like all workplace assessments are best used to inform the hiring process and are generally not recommended to be the sole criteria for hiring.

As indicated by the composite test blueprint incorporated as Attachment #1 and the current Technical Manuals which can be provided upon request, these skills will be measured by distractor-driven selected-response items written to capture common mistakes and misconceptions. Items were carefully crafted to meet industry standards that ensure all students have a fair opportunity to demonstrate their knowledge and skills. All items have been field-tested and the results analyzed to build reliable assessment instruments. Importantly, while proven and turn-key, the proposed WIN assessment solution may be augmented based on South Carolina policy and/or employer defined needs during the term of the contract.

### 5. Assessment Materials

The current Technical Manuals for the component assessments and representative samples of test items, paper-based answer document, test administration guides, and score reports are included as Attachment #5 to this proposal. All material will be appropriately branded and customized for the *South Carolina Career Ready Test*. The test security and operating manuals will be appropriately amended for consistency with the test security and operating manuals that govern all South Carolina mandated testing programs. The proposed assessment will be machine scored, therefore training papers for hand scoring are purposely not included.

### 6. Customized Materials and Accommodations

WIN Learning is committed to equal access to the proposed WIN Career Readiness System and *South Carolina Career Ready Test*, and therefore, will provide customized materials and accommodations in compliance with the Individuals with Disabilities Education Act (IDEA), Section 504 of the Rehabilitation Act of 1973, and other state-specific standards governing accessibility and accommodations.

In general, accessibility and accommodations support allowing all examinees, including those with disabilities, to fully participate in testing include, but are not limited to:

- Online system and assessment are rendered in HTML 5, optimized for most devices, mobile platforms and keyboard-only navigation, and compatible with most current assistive technologies.
- Online customer service, training and implementation resources are rendered in HTML 5 and/or PDF, optimized for most devices, mobile platforms and keyboard-only navigation, and compatible with most assistive technologies.
- Online system and assessment do not produce multiple flashes that may cause seizures.
- Online system allows discretionary administrator / proctor extension of assessment time and examinee adjustment of font size up to 200 percent and color/contrast without loss of content.

10

SCSFAR0000167

Assessment will be made available in printable / paper formats. Refer to Section 8 of this proposal for more detail on paper-based assessment accommodations including large print and Braille.

Further evidence that the proposed assessment is non-bias and appropriate for all students / jobseekers, including those with disabilities and English Language Learners, is summarized in the Technical Manuals which can be provided upon request. Further evidence that the proposed WIN Career Readiness System satisfies recognized standards for accessibility is summarize by the WIN Accessibility and Accommodations Statement included as Attachment #2.

### 7. Online Testing

The online version of the assessment will be delivered through the web-based WIN Career Readiness System (wincrsystem.com), enabling user access from anywhere via the Internet 24 hours per day / 7 days per week / 365 days per year. The system has a hierarchical organization and user management structure that governs and safeguards access to the system and user information / data. The hierarchical structure is customized based on customer-defined business rules.

All end users – administrators, proctors and examinees – must be pre-enrolled to access the system. Upon enrollment, permissions are automatically assigned and linked to a unique username / password combination. This secure username / password combination is required for administrators / proctors to login and launch / administer the online assessment and for examinees to login to take the assessment. The system is further safeguarded by public key infrastructure encryption via SSL 2048-bit key length certificates from trusted third-party certificate authorities.

Based on pre-established hierarchical permissions, the system provides state, district and local administrators / proctors on-demand access to assessment results, including administration date and score for each component assessment, by individual or by groups of students / jobseekers including, but not limited to, state, school district, school, class, workforce region, career center and/or program levels. The data may also be downloaded to CSV. Examinees are also able to immediately access their own results directly from the system. For further information about results / reports, refer to Section 11 of this proposal.

The system is compatible with most commonly used electronic devices and assisted technologies. To ensure test security and maximize speed and functionality, it is strongly recommended that the proposed assessment be delivered via desktop or laptop computer.

The Technical Requirements included as Attachment #3 summarize the minimum user computer hardware / software, system configuration, Internet bandwidth and other requirements to achieve effective online assessment delivery. The system is capable of supporting in excess of the maximum projected number of simultaneous online test sessions for this project without interruptions or degradations in speed, service, functionality, or features.

11

SCSFAA0000168

The system will accept state data files to import examinee demographic data into the system before testing via batch upload. WIN proposes to utilize a CSV template that includes all student / jobseeker data required to facilitate testing, including an indicator for paper-based testing, and to support subsequent score reporting and data analysis. The system further allows for manual, real-time enrollment of individual examinee or smaller groups of examinees. The system is also capable of automated import of examinee demographic data and automated export of assessment results via custom web services. At the state's option, import / export web services may be implemented during the term of the contract.

A LAN version of the system is not contemplated at this time. Those students / jobseekers unable to test via the online system will be provided the paper version of the assessment.

Standard software tools supplied by the online system include a four-function calculator and formula sheet. The formula sheet will be included in the paper-based test booklets, and examinees using the paper-based test will be informed in advance that use of a calculator is permissible.

The online system / assessment delivery interface is user friendly with embedded tutorials that are accessible to examinees for practice in advance of scheduled testing. An examinee dashboard is display during testing that provides the examinee the status of all questions including those answered.

Examinee navigation / primary functionality of the assessment delivery interface is generally summarized as follows:

- Login with user name / password and select Assessment to begin
- Following instructions, select Start to begin testing
- Navigate to the next question by selecting Next or selecting the question number beside the Next button
- Accessibility options are selected from Menu, identified by three horizontal lines flanked by square bullet points
- To the left of the Menu is the Timer, displaying the time since the session started and the allotted time to finish the assessment
- Adjacent to the Timer is the number of the current question in the sequence of total questions
- Above the Menu button is the Submit button, select Submit upon completion of the assessment. If Submit is selected prior to completing the assessment, a pop-up notification will alert the examinee to the number of questions that remain unanswered and that unanswered questions will be marked incomplete.

A complete demonstration of the system will be provided upon request.

WIN will provide toll-free number and email to support operation of the online system between 8 am and 5 pm EST, Monday – Friday. Extended hours, including nights and/or weekends, may be provided during peak testing period if needed.

12

System upgrades, technical updates and maintenance are generally performed after business hours with advance notification to system users. WIN maintains a standard patching schedule to ensure that recommended patches are applied in a timely manner. Each patch is researched prior to application to reduce likelihood of applied patches causing issues with existing products and services.

With exception of routine scheduled maintenance, the system will be available 24/7/365 with a target 98 percent uptime per quarter. In the unlikely event the uptime target is not met, WIN agrees to standard state performance penalties.

The system infrastructure is housed in a data center that is staffed and monitored 24/7/365. All system components including, but not limited to, physical access, infrastructure, server performance and space, individual services, and application pools are monitored, and alerts are generated upon any event that may impact the user experience.

WIN maintains backups of all system components and data. The backups run once per day, at night, and are stored online, meaning that they are instantly available for restoration. In the unlikely event of a catastrophic failure, user data will be restored from the nightly backup. All supporting systems including, but not limited to, Internet connectivity, network gear, server infrastructure, power and cooling are redundant and automatically roll over; therefore, in the event of a failure, user availability is typically not impacted.

WIN maintains several firewall systems for the protection of information assets. The firewalls are configured following the standard of least privilege. No traffic that is not specifically known and approved is allowed through the firewalls. WIN also maintains separate layers of security to increasingly protect privileged data from external threats. The firewalls utilize deep packet inspection to verify that known data types are not hiding a malicious payload. Attacks against the system are automatically blocked at the firewall based on rules defined for known attack patterns such as IP address and port scans, password attacks, and other threats.

Further detail regarding system maintenance and security is described in Appendix A of this proposal.

To secure administration of the proctored online assessments, all end user computer workstations / devices used for testing are equipped with a WIN provided lockdown browser which restricts examinee access to the Internet and prevents screen captures, viewing HTML source, and saving to HTML source during the administration of the assessment. As an automated safeguard, the assessments will not load if the lockdown browser is not properly installed. The system automatically prompts the examinee to close all other Internet sessions. When the examinee clicks the "Start" button, the lock-down browser automatically closes all open browsers except the test delivery system.

WIN Career Readiness System infrastructure is housed in a highly secure data center facility that is recognized for its data network and security practices. The data center is staffed and monitored 24/7/365. wincrsystem.com is currently housed on physical servers that are monitored for performance and security. Alerts are generated upon any unusual activity or event. WIN

13

SCSFAA0000170

maintains several firewall systems for the protection of information assets. The firewalls are configured following the standard of least privilege. No traffic that is not specifically known and approved is allowed through the firewalls. WIN also maintains separate layers of security to increasingly protect privileged data from external threats. The firewalls utilize deep packet inspection to verify that known data types are not hiding a malicious payload. Attacks against the system are automatically blocked at the firewall based on rules defined for known attack patterns such as IP address and port scans, password attacks, and other threats. The system is further safeguarded by public key infrastructure encryption via SSL 2048-bit key length certificates from trusted third-party certificate authorities.

WIN plans to transition from physical servers to cloud based servers (AWS) in Summer of 2018. WIN has piloted an AWS installation with the Arizona state wide contract with great success.

Upon reward of the bid, WIN commits to working with South Carolina to fully review their South Carolina security standards and make a plan for full compliance.

All using governmental units are also required to meet minimum specifications for equipment, staffing and physical space and to follow commonly accepted procedures for proctoring the assessments, including identity verification.

The current version of the online system has been successfully used since 2016 to support large-scale administrations with little to no technical problems reported including, but not limited to, system outages, system lags, examinees being kicked out, items not displaying correctly, capacity problems, and lost or incorrect scores. In isolated cases when issues are reported, it generally is the result of non-conformance with technical requirements on the user side. These issues are quickly resolved – in most cases, upon initial report or within a few days if user side research or assistance is required to resolve. Since deployment of the current version of the system, there have been no reported instances in which scores were lost or incorrect.

## 8. Test Administration

The following summarizes the testing materials, paper-based testing instructions / log, test administration guide, training materials and other resources that will support both online and paper-based administration of the proposed *South Carolina Career Ready Test*.

**Paper-Based Booklets:** To support paper-based administration, two versions of normal text-size booklets will be produced (Form A and Form B). Each booklet will include items and answers for all four assessment components.

The normal text size will be 22-signature (88- 8 ½ x 11 pages), saddle-stitched booklets designed in four colors with no bleeds or heavy solids.

Large print booklets for visually impaired examinees will include one test version (Form C) only and be comprised of two test booklets. The first booklet for the Applied Mathematics, Locating Information and Reading for Information components will be 22-signatures (88- 9 x 12) pages. The second booklet for the Essential Soft Skills component will be 8-signature (32 – 9 x 12 pages). Large print text size booklets will also be saddle stitched and designed in four colors with

14

SCSFA000001741

no bleeds or heavy solids. Standard Scantron large print guidelines will be followed for the design. Braille versions will be provided upon request.

**Paper-Based Answer Sheet:** A scan-able test answer sheet, which will be 11 x 17, 2-sided in black plus one scan-able color with finished size folded to 8 ½ x 11, will be produced.

**Paper-Based Instruction Sheet / Tracking Log:** Instructions and a log for tracking receipt and return of paper-based testing materials will be produced.

**Test Administration Guide:** A comprehensive test administration guide will be produced to address both online and paper-based test administration policies including, but not limited to, access / use of the online assessment; process for ordering / receiving / returning paper-based assessment materials; allowed testing locations / environments; breaks during testing; use of calculators; dealing with power failures, bomb threats, examinee cheating and examinee illness; and examinee accessibility / accommodations. The guide will be accessible to administrators / proctors to view and download from the proposed online system.

**Training Materials:** A comprehensive suite of custom training materials, including quick start guides, video tutorials and frequently asked questions and answers to support access / use of the online assessment, will be produced and accessible to administrations / proctors to view and download from the proposed online system. Refer to Section 9 for further description of the proposed training materials.

To further support the variety of test administration tasks defined in the RFP, WIN will establish one or more additional secure websites for school districts / schools and will provide corresponding training / user instructions as needed.

The proposed system will support online testing on-demand 24 / 7 / 365.

Following is the proposed schedule for Year 1 paper-based testing, including a guarantee that the data files for grade 11 testing will be delivered to the South Carolina Department of Education and school districts by June 15. Scheduling of paper-based testing for subsequent contract years will be scheduled at the discretion of South Carolina Department of Education.

| Paper-Based Test Administration Milestones | Target 2018 Date |
|---|---|
| Paper Test Administration: SCDOE<br>Includes distribution to testing coordinators and return shipment back to Scantron | April 10, 2018 |
| Paper Test Processing and Data Collection<br>*Dependency: Receipt of returned test materials by cutoff date – April 11, 2018.* | May 2, 2018 |
| Scoring and Results Data File Delivery<br>*Dependency: Approval of data file format* | June 7, 2018 |
| Technical Report<br>*Dependency: Approval of draft provided August 1.* | December 1, 2018 |

15

SCSFA00000172

Each proposed component of the *South Carolina Career Ready Test* is currently timed as described in Section 3 of this proposal. The recommended testing time limit for each component assessment was determined through a series of field test studies and set based on the time required for approximately 90 percent of examinees to complete the assessment. The preset time limit for each assessment component may be modified at the discretion of the State of South Carolina.

WIN will proactively verify directly with each school district via an automated survey form, created and distributed by WIN, whether all or some students will test online or paper form. Through the proposed data import / enrollment process described in Section 7 of this proposal, WIN will identify whether individual students will test online or via the paper-based version of the assessment. Based on reconciliation of the information collected through the automated survey form and automated data import / enrollment process, WIN will coordinate the ordering / shipping of paper-based testing materials with its paper-based testing partner, Scantron.

Paper-based testing materials will be delivered to using governmental units, at a location of their choosing. To streamline processing and facilitate security and accuracy of the paper-based assessment, the paper-based testing materials will be pre-slugged / printed with student / jobseeker identifying information.

Once the paper-based testing materials have been securely shipped back to Scantron, the answer forms will be scored by Scantron. The score data will then be securely transferred to WIN Learning and uploaded into their online system for reporting purposes.

## 9. Training
WIN proposes a comprehensive, multi-channel training approach that includes both onsite and virtual training and practice for administrators / proctors as follows:

**Initial Information Sessions / Onsite and Virtual** – A series of initial regional onsite and virtual information sessions will be offered in Year 1 to introduce the new system and assessment to using governmental units.

**Live Introductory Webinars** – Continuous virtual training during the contract term will be offered via webinar to introduce new using governmental units and to provide refresher training for current using governmental units. The live format will allow for interaction and questions / answers between participants and the trainer. In Year 1, sessions will be offered at least twice per week in the six weeks leading up to the first high school testing dates. Thereafter, an average of two sessions per month will be offered during the term of the contract. The schedule will be posted online, and the sessions will be open to all using governmental units.

**Customized Onsite Training** – Onsite sessions will be designed and delivered based on implementation partner specific training and scheduling needs. These sessions are usually hands-on with each participant at a computer completing each task / function step-by-step as introduced by the trainer.

16

SCSFAX0000173

**Customized Webinars** – Live and recorded virtual presentations on special topics or to meet specific training needs will be provided upon implementation partner request.

**Online Tutorials** – Recorded video tutorials approximately 5-10 minutes in length highlighting system features and best practices will be posted and accessible on-demand from the online system.

**Online Training Resources** – A library of online implementation planning and training resources including, but not limited to, the test administration guide, frequently asked questions and answers, implementation tips and best practices will be accessible on-demand from the online system.

Proposed training is designed to support implementation partner understanding of the project, motivate partners toward achievement of shared goals, provide sufficient hands-on time to practice and use product, and share constructive feedback and best practices.

## 10. Scoring
The proposed Applied Mathematics, Locating Information and Reading for Information components of the assessment are assigned a scale score and a level score ranging from Level 3 to Level 6. The proposed Essential Soft Skills component is scored pass / fail.

All of the computer-based assessments will be automatically machine scored by the WIN Career Readiness System and the corresponding scores will be available within a few minutes of the examinee completing / submitting the assessment. The paper-based assessment will be automatically machine scored by Scantron, applying the same scoring methodologies as the online assessment, with the scores available in the WIN system for administrators / proctors / examinees to view within no more than 30 days of return receipt. Hand scoring is not contemplated.

## 11. Test Results / Reports
Based on pre-established hierarchical permissions, the proposed WIN Career Readiness System provides state, district and local administrators / proctors on-demand access to assessment date and scores for each component assessment by individual or by groups of students / jobseekers including, but not limited to, state, school district, school, class, workforce region, career center and/or program levels. The data may also be downloaded to CSV.

An automated summary examinee score report can be downloaded on-demand from the system by the examinee or an authorized administrator / proctor immediately upon completing online testing or within 30 days of return / receipt of paper-based testing.

The proposed electronic *South Carolina Career Ready Credential*, or similar state defined and branded credential, based on the results of the *South Carolina Career Ready Test*, will also be accessible through the system. Students / jobseekers and authorized administrators / proctors will be able to view, option to download and print the credential on-demand. This credential will provide evidence of the scope and level of individual student / jobseeker career readiness for

17

SCSF-AEO000774

academic and career planning purposes and may be shared by the student / jobseeker with employers to certify readiness for hiring.

The methods for development of and calculating scores, achievement levels, achievement descriptors and cut scores for each of the component assessments are described in detail in the Technical Manuals which can be provided upon request.

The Scantron Psychometric Team will conduct the psychometric analyses and produce the summary information to be included in the examinee score report and the four Technical Reports required by this RFP. This team will also develop comprehensive text to aid South Carolina Department of Education personnel in understanding, interpreting, and effectively applying the exam results. All assessment and measurement practices adhere to industry best practices as outlined in the Standards for Educational and Psychological Testing (AERA, APA, NCME, 2014) and the International Guidelines on Computer-Based and Internet Delivered Testing (ITC, 2005).

WIN will produce the four unique data files required by this RFP.
1. One copy of a technical report that includes data from students tested under SCDE: 11th grade students (12th grade students, if funded).
2. One copy of a technical report that includes data from examinees tested through SCDEW.
3. Two copies of a technical report that includes from all examinees from both SCDE and SCDEW populations combined.
4. A copy of a technical report that includes data from examinees tested for each UGU.

## 12. Interpretation and Use of Test Scores
The proposed summary examinee score report will include narrative to assist with examinee / parent interpretation of test results. WIN will also host a webinar series to educate using governmental units on the ways in which the proposed assessment can be used to inform instruction, career planning and employment decision making.

## 13. Research Studies
A compilation of third-party research spanning more than 20 years continues to validate the relevance and rigor of the underlying standards and construct of the component assessments as valid, predictive indicators of career readiness skills and aptitudes for both high school students and adults and as useful information to business and industry. Samples and summaries of research will be provided upon request.

## 14. Reliability, Validity, Quality, and Data Integrity
Test quality is measured in terms of reliability and validity. To ensure that the WIN Ready to Work and Essential Soft Skills Assessments achieve the quality necessary for use by local, state and national organizations, a detailed item-testing and analysis process was implemented. In the standards-referenced world, validity is determined by how well a test corresponds to standards/objectives. Reliability is the degree to which a test works in a predictable way. In principle, if you give a test to a particular learner twice, a perfectly reliable test would always produce the same score. Thus, a valid test must also have proven reliability.

18

SCSFAA0000175

Close alignment to the standards helps ensure that students have a fair opportunity to demonstrate their knowledge and understanding. All items have been reviewed by third-party content experts to verify alignment in terms of content, cognitive complexity, and breath of coverage. For the Essential Soft Skills Assessment, a national sample of managers who supervise entry-level workers also validated the assessment.

The reliability of each Ready to Work form was assessed in two ways: for each level on each form, and across levels on each form. The technical manual provides the values for coefficient alpha, a measure of internal consistency for each level and form, as well across all levels for each form. At the total test level for each content area, the reliabilities range from 0.83 (Locating Information), to 0.90 (Applied Mathematics and Reading for Information). In all cases the reliabilities across the two forms of the assessment are very close.

The reliability of the Essential Soft Skills Assessment was determined using the Kuder–Richardson Formula 20 (KR-20), a measure of internal consistency for measures with dichotomous choices. The reliability estimate for the Essential Soft Skills Assessment is 0.73

Reliabilities for the examinee subgroups (e.g., race, ethnicity, gender, SWD, ELL) will be computed and submitted upon request.

Additional detail regarding reliability, validity, quality, and data integrity is included in the Technical Manuals and can be provided upon request. The evidence of the competencies measured by the assessment as described in Section 13 as predictive of later success are well documented by third-party research that will be provided upon request.

WIN further agrees to without restrictions, limitations, or exceptions to:
- provide all testing materials, including all test items (online or on paper) and any / all information pertaining to the quality, validity, reliability of the test, test scores, score reports, and associated data for review;
- in the event a problem occurs, disclose all issues in a timely, complete, transparent, and forthright manner;
- provide a complete and transparent accounting of all problems;
- provide reports of problems, anomalies, or deviations from standardized testing procedures, (formal or informal, written or verbal); and
- flag student and/or adult examinee records in the summary data file where examinees may have encountered issues.

## 15. Scaling

The Essential Soft Skills Assessment is not scaled. The following describes the procedures used to scale the Ready to Work Assessments.

There are several types of transformations that can be used to create scale scores, the primary distinctions being linear, piece-wise linear (dog-legged) and non-linear. Depending on the use of the score, the appropriate transformation should be used. Non-linear transformations create scale scores that are not interval-level scores. What that means is that a 2-point change in scale score means different things at different points in the scale. This can be confusing for users of the scores, especially in cases where changes in scores might be calculated. A special case of the non-linear transformation is a piece-wise linear transformation, where multiple linear

19

transformations are used throughout the score range. These types of transformations also lead to scales that are non-interval level scales. To maintain the interval-level nature that is desirable for most score scales, a linear transformation should be used. In these instances, changes of 2 points (or any other change) mean the same thing throughout the score scale. For this reason, linear transformations are typically used. In some cases, it is impossible to use a strict linear transformation, and a piecewise linear transformation is used.

Scale compression exists when multiple raw scores are given the same scale score. When a linear or piecewise linear transformation is used, it is easy to control for score compression by choice of the number of scale points used (Kolen & Brennan, 2004). For example, if a test has 20 raw points, and scores are transformed to a scale with fewer than 20 points, scale compression will necessarily occur. Since this is not logical, it is easy to control scale compression by choosing a reporting scale that has at least as many scale score points as there are raw score points. With non-linear transformations, scale compression is a bigger issue and care must be taken to ensure that scale compression does not occur.

Scale expansion exists when small changes in raw scores lead to large changes in scale scores (Briggs & Weeks, 2009; Kolen & Brennan, 2004). Scale expansion is extremely common with non-linear transformations. Piecewise linear transformations are also susceptible to scale expansion as well, and as such, care must be exercised when constructing piecewise linear scales. With linear scale transformations, scale expansion is controlled by limiting the range of scores that is used. For instance, if there are 20 points on a test, transforming this to a 100-point scale would necessitate a five-point change in scale score for a one-point change in raw score. Conversely, if a 40-point scale is chosen, a raw score change of 1 point would translate only to a 2-point change in scale score.

Since the Applied Mathematics and Reading for Information assessment components have the same number of items, the scales are the same for each test, and the options analyzed first apply to both of these tests.

## Mathematics and Reading Assessments: 34 Points
As noted above, using a fully linear transformation would result in a scale with very desirable properties. Given the range of possible scores on the Mathematics and Reading tests, a fully linear transformation would result in a reporting scale of 200-268, using the following transformation: Scale Score = Raw Score*2 + 200

In this instance, all scale scores would be even integers, and a change in one raw point would result in a two-point change in the scale score. There would be no scale compression. In this case, the scores would be only even integers. The potential downside to this scale is that the top score is 268, which is unappealing. To create the scale such that the top score is 270, which is more appealing and a more accepted practice, a piecewise linear transformation, or dog-legged transformation, was applied. If the preceding transformation were used for all scores except the maximum score, which would be set to 270, then there would be a four-point difference for a change in one raw score, but only for the change from a raw score of 33 to a score of 34. The magnitude of the change in the scale score is twice that of the change anywhere else in the scale. This is not a desirable feature in a score scale. Instead, the difference is split between the top

20

score (34) and the bottom score (0), since these scores are less likely to occur. In this case, we have the following transformations:

Minimum Score (0) = 200
Maximum Score (34) = 270
All Other Scores = Raw Score *2 +201

The result is a scale score within the range of 200-270. There is no scale compression and some minor scale expansion relative to the fully linear transformation presented above.

**Locating Information: 21 Points**
The Locating Information components has fewer score points, and as a result, the score options for this test were analyzed separately using the same methodology described for reading and mathematics. Because of the difference in the number of score points, it is ideal to use a different scale than that used for the other two tests, to both avoid confusion among consumers as well as scale expansion. In this case, the scale can be either 200-242, in the case of a strictly linear scale transformation, or 200-240, with the dog-legged transformation.

For the strictly linear case, the reporting scale would be 200-242, using the following transformation:

Scale Score = Raw Score*2 + 200

In this instance, all scale scores would be even integers, and a change in one raw point would result in a two-point change in the scale score. There would be no scale compression. In this case, the scores would be only even integers. The potential downside to this scale is that the top score is 242, which may be unappealing. To create the scale such that the top score is 240, which is more appealing, a piecewise linear transformation, or dog-legged transformation was be used. Therefore, we have the following transformations:

Minimum Score (0) = 200
Maximum Score (34) = 240
All Other Scores = Raw Score *2 +199

The result is a scale score within the range of 200-240. There is no scale compression and some minor scale expansion relative to the fully linear transformation presented above.

**Essential Soft Skills:**
The Essential Soft Skills Assessment is scored pass / fail so there is no scale score for this assessment.

**16. Test Bias**
During the item development process for all of the proposed component assessments, the context for items and content of passages were carefully chosen and reviewed to avoid potential bias and sensitivity issues. The following checklist was used for determining that no stereotyping was present in the test items:

21

SCSFA00000178

- Does the test item contain material that is inflammatory, controversial or emotionally charged for particular subgroups?
- Does the test item contain language or material that is demeaning or offensive to particular subgroups?
- Does the test item depict members of particular subgroups as having stereotype characteristics?
- Does the test item contain offensive or biased artwork?
- In addition, the following checklist was used to determine if test items contained bias based on gender, ethnicity, religion or class.
- Does the test item use situations or scenarios that are different or unfamiliar to some subgroups?
- Does the test item use information that could make the question easier of harder for certain subgroups?
- Does the test item use some characteristic or feature that could lead certain subgroups to answer the question correctly or incorrectly for the wrong reason?
- Does the test item use words that have different or unfamiliar meaning for different subgroups?
- Does the test item use choices in a multiple-choice item that are especially attractive to members of certain subgroups for cultural reasons?
- Does the test item use a correct or best answer that changes for different subgroups?
- Does the test item use a format or structure that presents greater problems for students from some backgrounds than for others?

After the stereotyping and bias reviews were conducted, items were also reviewed to ensure that they did not contain certain emotionally charged topics that should be avoided on state assessment instruments or topics that should be avoided on assessments in general including:

- Child abuse/child neglect
- Death, including suicide
- Discrimination, including racism, sexism, ageism
- Family issues, including divorce
- Drugs, alcohol, tobacco
- Homelessness
- Politics
- Questioning parental authority
- Religion
- Sex/sexuality, including sexual preference or orientation, abortion, birth control, pregnancy
- Use of animals, animal rights
- Violence and crime, including gun control, incest, murder, rape
- Weight

All proposed items are currently under a supplemental bias and sensitivity review that is applying the same checklists use during the item development process and also evaluating the items related to following issues:

22

SCSFAA0000179

- sensitivity to different cultures, religions, ethnic and socio-economic groups, and disabilities
- balance of gender roles
- use of positive language, situations, and images
- items or text that could elicit strong emotions and prevent students from accurately demonstrating their skills and knowledge

## 17. Test Security

WIN will outline in detail recommended guides for test security in the Test Administration Guide and will further encourage administrator / proctor use of test security best practices through training.

Scoring fidelity is primarily achieved through machine scoring.

Protecting access to the online version of the assessment is accomplished primarily by restricting access to the system / assessment by unique username / password protocols and lockdown browser technology as described in Section 7 of this proposal.

WIN will collaborate with its paper-based testing partner, Scantron, to implement delivery, return, and follow-up procedures that ensures 100 percent of paper-based test materials issued are accounted for at the time of test materials return.

## 18. Help Desk, Technical Support and Customer Service

WIN Customer Service will provide virtual toll-free number and email technical assistance between 8 am and 5 pm EST, Monday – Friday. Extended hours, including nights and/or weekends, may be provided during peak testing period if needed.

WIN Customer Service will function as the single point-of-contact for tracking and providing administrator / proctor guidance for handling any/all **issues** which may occur before, during, and after testing including, but not limited to, misprinted test booklets, poorly functioning test items, errors in information provided by the contractor, technical problems during online testing, shipping problems during critical times. Issues will be logged including resolution and date of resolution and be available upon request.

WIN and its paper-based testing partner, Scantron, have superior, redundant quality assurance business process in place to preempt potential errors and technical issues. As result, WIN / Scantron consistently have little to no reported technical issues from current customers.

Quality control procedures for print production include intelligent signature matching using barcodes and cameras on the booklet maker. Any reported missing print materials will be replaced with an overnight air shipment. Additional paper-based test booklets and answer sheets that are not pre-slugged with examinee identifying information will be included with each shipment to resolve the rare but potential instance of a missing or misprinted paper-based testing materials.

## 19. Consistency and Stability

Case 3:18-cv-00186-TRM-HBG   Document 171-1   Filed 08/26/19   Page 24 of 106   PageID #: 13505

SCSFAA0000180

Beyond routine refresh / replace of equated items, no substantive changes to the proposed assessment during the term of the contract are currently contemplated.

**20. Testing Problems**

As described in Section 18 of this proposal, WIN Customer Service will function as the single point-of-contact for handling any/all issues. Emergency testing forms will be made available upon reasonable request.

**21. Reimbursement**

WIN will collaborate with the South Carolina Department of Education and South Carolina Department of Employment and Workforce to consolidate and streamline invoicing and reimbursement of Using Governmental Units based on the number of test scores on the data file.

## B. QUALIFICATIONS

**1. Corporate Qualifications**

Worldwide Interactive Network (dba WIN Learning) is a national career readiness solutions provider and a leading publisher of next generation career readiness assessments, curriculum and exploration tools. Having designed and implemented more than 2,000 career readiness projects serving 10 million learners across all 50 states, WIN is uniquely qualified to deliver on the requirements of this RFP. This capability is best evidenced by the successful design and implementation of current statewide assessment projects in Florida, New York, Arizona and Kentucky that parallel in scope and scale and utilize the same system and assessment instruments proposed to support the *South Carolina Career Ready Test*. Comparable project include, but are not limited to:

**Florida Ready to Work**

WIN has been directly engaged for 11 continuous years in all aspects of the project design and statewide implementation of Florida Ready to Work – the state's foundational career readiness training, assessment and credential program authorized by Florida Statute. Florida Ready to Work utilizes the same WIN Career Readiness System and the WIN Career Readiness Assessments (Applied Mathematics, Locating Information and Reading for Information) proposed for the *South Carolina Career Ready Test*. Project stakeholders include on average 300 school districts / schools, workforce system career centers, community colleges, technical centers, juvenile justice and corrections programs, and other community-based partners statewide. WIN provides user training, customer services, data management and reporting for the project.

Contract Reference Number: C0588
Contract Period: October 2006-June 2018
Contact: Fay Malone
       Workforce Services, Florida Department of Economic Opportunity
       107 East Madison Street
       Tallahassee, Florida 32399-4135
       850-599-0329 | fay.malone@deo.myflorida.com

24

**Florida Skills Assessment**
WIN designed and launched the all-new custom Florida Skills Assessment system in 2011, including integration with the state reemployment assistance system, in accordance with Florida Statute within just four months. Since inception, the system has benchmarked the career readiness skills of more than 1.7 million reemployment assistance claimants using a custom application of the WIN Career Readiness System and non-proctored versions of all the component assessments proposed for the *South Carolina Career Ready Test*. WIN also provides user training, customer services, data management and reporting.

Contract Reference Number: C1746
Contract Period: July 2012-June 2018
Contact: Pat Pitts
        Contracts and Grants, Florida Department of Economic Opportunity
        107 East Madison Street
        Tallahassee, Florida 32399-4135
        850-599-0305 | patricia.pitts@deo.myflorida.com


**New York Career Development and Occupational Studies (CDOS) Credential**
The WIN Essential Skills Assessment was adopted in spring 2017 by the New York Board of Regents as universal foundational skills assessment for high school graduation that indicates student achievement of the knowledge, skills and abilities necessary for entry-level employment across multiple industries and occupations. The assessment is also utilized by the New Department of Labor and other education and workforce providers statewide.

Reference: www.p12.nysed.gov/ciai/multiple-pathways/
Approval Period: 5 Years / 2017 – 2020
Contact: Karen A. Coleman
        Deputy Commissioner for Workforce Development, New York Department of Labor
        89 Washington Avenue
        Albany, New York 12234
        518-474-5915 | karen.coleman@labor.ny.gov


**Kentucky Adult Education and Department of Workforce Investment**
Kentucky Adult Education and the Kentucky Career Centers have partnered with WIN Learning for many years. Since July 2000, WIN Learning has provided the courseware training in career readiness. In 2015, the soft skills or essential skills program was added to the training programs. In July 2017, Kentucky expanded its offerings to include comprehensive, proctored assessments in each area and WIN Learning was awarded the sole contract to provide the assessments in both career readiness and essential skills. Kentucky offers comprehensive training programs in both career readiness ("hard" skills) and essential skills ("soft" skills) and then verifies mastery with two sets of proctored assessments in each area. WIN Learning is the sole provider for all aspects of the program – online courseware, proctored assessments, reporting tools, training and implementation support.

25

SCSFAX0000182

Contract Reference Number: MA 758 1500000955
Contract Period: July 2000-June 2025
Contact: Joe Paul, MPA
        KY Employment Assessment Coordinator
        Office of Employment and Training
        275 East Main Street, 2W-A
        Frankfort, KY 40621
        502-564-7456 | Joseph.Paul@ky.gov

**Arizona Office of Economic Opportunity**
Arizona at Work has partnered with WIN Learning to provide assessment and training programs for Arizona residents. The Arizona Career Readiness Credential program utilizes two comprehensive, proctored assessments in career readiness and employability skills to verify skill mastery in these two areas. Upon successful completion, participants earn the credential signed by the governor. Career Readiness includes the core foundational skills – applied math, reading for information and locating information – which are the "hard" skills that employers expect. Employability Skills focuses on the "soft" skills including communication, professionalism, teamwork, and critical thinking that employers demand. In addition to the proctored assessments, WIN Learning provides a comprehensive online training program. WIN Learning is the sole provider for all aspects of the program – online courseware, proctored assessments, reporting tools, training and implementation support.

Contract Reference Number: ADSPO17-172079
Contract Period: July 2017-June 2022
Contact: Trevor Stokes
        Workforce Program Manager
        Office of Economic Opportunity
        100 North 15th Avenue
        Phoenix, AZ 85007
        602-771-0480 | Trevor.Stokes@oeo.az.gov

The current version of the WIN Career Readiness System, proposed to support the South Carolina Career Ready Test, supports these projects and other large-scale administrations with little to no technical problems reported including, but not limited to, system outages, system lags, examinees being kicked out, items not displaying correctly, capacity problems, and lost or incorrect scores. In isolated cases when issues are reported, it generally is the result of non-conformance with technical requirements on the user side. These issues are quickly resolved, in most cases, upon initial report or within a few days if user side research or assistance is required to resolve. Since deployment of the current version of the system, there have been no reported instances in which scores were lost or incorrect.

WIN fully understands and acknowledges its role / responsibilities and the role / responsibilities of the South Carolina Department of Education, the South Carolina Department of Employment and Workforce, and using governmental units including, but not limited to, school districts / schools and state workforce system career centers.

26

SCSPA0000763

Inception to date, WIN has not had any assessment contracts that have been terminated or ended before the original contract period expired.

WIN has partnered with Scantron (scantron.com), an iconic assessment and psychometric services company with a long-standing reputation for delivery of large-scale, client-focused testing solutions, to provide, via subcontract with WIN, the printing, distribution and scoring of the paper version of the assessment and the required Technical Reports.

Scantron Corporation, founded in 1972, is a wholly owned subsidiary of Harland Clarke Corp. which serves as trusted advisor to approximately 12,500 clients spanning education, financial, investment, business-to-business and government sectors. Scantron core education business includes the development and implementation of educational products and solutions that enable teachers, schools, and districts to be both more effective and efficient and that promote student achievement by empowering educators with data and actionable insights. Scantron continues to innovate with leading assessment, analytics, and survey software solutions along with our expertise in world-class forms printing, data collection, and scanner manufacturing. We are proud to serve 98 percent of the top school districts in the United States, 56 countries, 48 Ministries of Education, and 94 of the top 100 US universities who have chosen Scantron solutions to support their assessment programs. Scantron has extensive experience with large, complex data collection projects, and its assessment development and psychometric team includes assessment development professionals, statisticians, and psychometricians who have supported large-scale assessment programs around the globe. Scantron uses a collaborative, customer-centric approach in order to consistently meet and exceed the specific and growing needs of each and every customer.

## 2. Staffing Qualifications

WIN currently employs professionals nationwide. Our team brings an unparalleled combination of workforce education experience, technical capabilities, subject matter expertise, and best practice knowledge to the planning and implementation of customer projects. WIN puts the customer first and excels at exceeding customer expectations.

To ensure quality control, supervision of the project will be vested with the WIN Executive Leadership Team. Steve Fain, WIN Executive Vice President of Sales and Professional Services, will lead the project management team as senior project manager. Steve reports directly to WIN President and CEO Teresa Chasteen, Ph.D. Steve and Teresa will directly monitor project performance, contract compliance and accountability of all assigned personnel.

Kathy Fletcher will serve as the direct, single point-of-contact for the South Carolina Department of Education, the South Carolina Department of Employment and Workforce, and local using governmental units including, but not limited to, school districts / schools.

A primary project management team of comprised WIN and Scantron professionals, with unparalleled technical and best practice expertise, will lead day-to-day implementation. This project management approach will streamline communication and coordination with project stakeholders at all levels, ensure rapid response to customer needs, and facilitate timely, reliable, error-free delivery of services throughout the lifecycle of the contract.

27

SCSF-AR0000764

The following summarizes the key personnel who will support the project including primary function / responsibilities and the estimated number of hours and percentage of total time per month allocated to this specific project.

| KEY PERSONNEL | FUNCTION / RESPONSIBILITY | EST. TIME |
|---|---|---|
| **Teresa Chasteen** WIN President & CEO | **Project Supervisor / Authorized Representative** - Monitor project performance including compliance with contractual, insurance and legal requirements, and accountability of all assigned personnel. | 12 hours first 6 months - 6 hours balance of Yr. 1/ Yr.'s 2-5 |
| **Steve Fain** WIN Executive Vice President of Sales & Professional Services | **Senior Project Manager** - Serve as primary state-level point-of-contact; facilitate state-level implementation planning, communication and reporting; and monitor project performance including operations, contract compliance, and accountability of all assigned personnel. | 80 hours first 9 months - 15 hours balance of Yr. 1/ Yr.'s 2-5 |
| **Kathy Fletcher** WIN Project Manager | **Deputy Project Manager** - Oversight of day-to-day operations and serve as primary using governmental unit point-of-contact. | 120 hours first 9 months - 80 hours balance of Yr. 1/ Yr.'s 2–5 |
| **Valencia Strowder** WIN Project Coordinator | **Lead Implementation and Training Coordinator** - Provide onsite and virtual implementation planning, training and coaching services for using governmental units and other project stakeholders. | 120 hours first 9 months - 40 hours balance of Yr. 1/ Yr.'s 2-5 |
| **Suzanne Bazarian** WIN Senior Director, Product Development and Support | **Development and Information Technology Project Supervisor** - Supervise assessment product and system development, operations and maintenance, information technology services and Customer Service support. | 60 hours first 6 months -10 hours balance of Yr. 1/Yr.'s 2-5 |
| **WIN Product Development and Technology Team** | **Product / System Development and IT** - Assessment and curriculum developers, system developers, quality assurance specialists, and information technology professionals assigned to support the proposed assessment product and system, data management and reporting. | 240 hours first 6 months - 20 hours balance Yr. 1/Yr's 2-5 |
| **Help Desk Support** | **Customer Service / Technical Support** - Assigned to respond to general inquiries via telephone / email and provide virtual technical assistance for using governmental units and other project stakeholders as needed. | On-demand - Monday – Friday 8am– 5pm (ET) |

28

| Rosie Tolliver Scantron VP of Professional Services | **Paper-Based Assessment, Psychometric and Reporting Services, Senior Project Manager** - Primary WIN point-of-contact responsible for the definition of the Scantron components of the project including, but not limited to, design, production, distribution, receiving and scoring of paper-based assessments, data exchange, psychometric services and reporting. | 30 hours Yr. 1 - 10 hours Yr.'s 2-5 |
|---|---|---|
| Theresa Nelson Scantron Director of Professional Services for Survey Services | **Paper-Based Assessment, Psychometric and Reporting Services, Deputy Project Manager** - Secondary WIN point-of-contact and day-to-day operational team lead for Scantron components of the project including, but not limited to, design, production, distribution, receiving and scoring of paper-based assessments, data exchange, psychometric services and reporting. | 60 hours Yr. 1 - 10 hours Yr.'s 2-5 |

Following is a brief summary of the qualifications and office location of the key personnel that WIN proposes to assign to the project:

### Teresa Chasteen, Ph.D., President and CEO / WIN Learning – TN
Teresa will serve as the authorized representative and is based in the corporate office in Kingston, Tennessee. Teresa has a Ph.D. in curriculum and instruction psychology, a master's degree in education and 16 years of higher education teaching and administrative experience. She has served as project manager for the development and validation of more than 1,000 hours of career readiness training curriculum and assessments. Under her leadership, WIN has implemented more than 2,000 projects across all 50 states.

### Steve Fain, Executive Vice President of Sales / WIN Learning – KY
Steve will serve as the primary / senior project manager. Steve has 17 years of experience with school districts, community colleges and state agencies throughout the country integrating technology and professional development solutions. At WIN, Steve led the successful implementation of the Ready to Work initiatives in West Virginia, Indiana, Arizona and Kentucky. Steve has the professional knowledge, experience and authority to ensure that the project is implemented timely and effectively.

### Kathy Fletcher, Project Manager / WIN Learning – FL
Kathy Fletcher will oversee day-to-day operations. Kathy has led the design and start-up of large-scale WIN implementations in Kentucky and Arizona and has the professional knowledge, experience and authority to ensure timely and effective implementation of the project.

### Valencia Strowder, Project Coordinator / WIN Learning – FL
Valencia will spearhead implementation and training services. A skilled and engaging trainer, Valencia has supported priority WIN implementations coast-to-coast, including Florida, for the last nine years.

### Suzanne Bazarian, Senior Director, Product Development & Support / WIN Learning – TX

29

SCSFAX0000186

Suzanne leads the assessment development, software development and customer support teams. A former classroom teacher with more than 10 years of private sector educational software design and development expertise, Suzanne is an innovative thinker and problem solver.

**Rosie Tolliver, Vice President of Professional Services / Scantron – MN**
Backed by two decades of assessment industry, publishing and program management experience, Rosie led teams in the successful design, management, and implementation of customer projects domestically and internationally. She has extensive experience in driving process improvements, and establishing best practices throughout the entire client implementation process.

**Theresa Nelson, Director of Professional Services for Survey Services / Scantron – MN**
Serving in proposal, program and project management roles with Scantron since 2007. Theresa has extensive experience in managing logistics, scheduling, operations and issue mitigation for statewide projects. She works closely with clients and the assigned client program manager to ensure successful program implementation, process improvement, evaluation, and growth.

There are no known terms or restrictions placed on any of the WIN or Scantron personnel assign to this project that would hinder their ability to perform their duties, nor does WIN anticipate any changes in key personnel during the term of the proposed contract. Should any changes occur during the term of the proposed contract, WIN will notify and obtain written approval of the proposed substitution as soon as possible, but no less than five business days prior to the substitution. All personnel with potential access to confidential or personal identifying information will submit to the required background screening, including fingerprinting.

Resumes for key personnel are included as Attachment #4

---

**APPENDIX A- Service Provider Security Assessment Questionnaire**
**SERVICE PROVIDER SECURITY ASSESSMENT QUESTIONNAIRE**

**1. Describe your policies and procedures that ensure access to government information is limited to only those of your employees and contractors who require access to perform your proposed services. -** Access to government information is restricted by WIN's product design that requires that the client make the connect to the application. This product architecture serves to limit access. Additionally, web pages force https to ensure that data is encrypted between the client and server.

WIN's Systems Administrators work with WIN's CEO and Leadership team to define conditions for group memberships and authorized access. Any requests for access outside of what is normal for the job position must be approved by the CEO. Access to confidential information is limited to authorized users by access control, use of log-in and passwords, physical locks on file cabinets, physical security system, data access control and file access log information.

Security awareness is discussed with new employees during new employee orientation by Human Resources, Information Technology personnel, and individual managers. It is also included in the review of the "WIN Employee Policy Handbook 2015." WIN Employee Policy

Handbook includes prohibiting, "Failing to log off any secure, controlled-access computer or other form of electronic data system to which you are assigned, if you leave such computer or system unattended." Additionally, security awareness in discussed in departmental and Company-wide meetings held throughout the year.

Accounts are disabled, and access terminated when users leave the company or change positions.

WIN employs a physical security system with key fob access that limits access to sensitive areas to authorized users only. Visitors are escorted when in the WIN facility. Maintenance personnel are not authorized in sensitive areas without an escort. Please see supporting materials including New Employee Onboarding Checklist, Access Termination Policy, Departmental Role Policy, WIN Confidentiality and Non-Disclosure Agreement.

**2. Describe your disaster recovery and business continuity plans.** - WIN's production software environment is currently hosted by Rackspace, with one state-wide installation hosted through Amazon Web Services (AWS). Pre-production is hosted through The IT Company in Knoxville, TN. Although no written plan is in place, WIN has established disaster recovery processes for its production and pre-production environments thorough its third-party vendors using multiple off-site locations with redundancy. Written contingency plans for internal and external systems are planned to be refined and documented during 2018.

**3. What safeguards and practices do you have in place to vet your employees and contractors who will have access to government information?** - All new employees are required to sign a statement that they have read and will follow the rules in the "WIN Employee Policy Handbook." Additionally, each employee is required to sign the "Confidentiality, Non-disclosure and Intellectual Property Rights Agreement." Through the "WIN Employee Policy Handbook" and the "Confidentiality, Non-disclosure and Intellectual Property Rights Agreement," WIN establishes rules that describe individual responsibilities when using WIN's information systems. When rules of behavior change, all WIN employees must review and re-sign the documents. As standard practice, WIN checks references for each new employee. Background checks are not conducted. Additionally, WIN's employment policies include the right to conduct drug testing.

**4. Describe and explain your security policies and procedures as they relate to your use of your contractors and next-tier sub -contractors** - Third- party individual vendors are required to sign WIN's "Confidentiality, Non-disclosure and Intellectual Property Rights Agreement" and WIN's Independent Contractor Agreement which also includes Confidentiality requirements. As a matter of practice, WIN requires security agreements to be incorporated in contracts with third-party companies providing individuals who have access to WIN's information systems.

**5. List any reports or certifications that you have from properly accredited third-parties that demonstrate that adequate security controls and assurance requirements are in place to adequately provide for the confidentiality, integrity, and availability of the information systems used to process, store, transmit, and access all government information. (For**

31

Case 3:18-cv-00186-TRM-HBG   Document 171-1   Filed 08/26/19   Page 32 of 106   PageID #: 13513

SCSFAA0000168

example, an ISO/IEC 27001 compliance certificate, an AICPA SOC 2 (Type 2) report, or perhaps an AICPA SOC 3 report (i.e., a SysTrust or WebTrust seal)). For each certification, describe the scope of the assessment performed. Will these reports / certifications remain in place for the duration of the contract? Will you provide the state with most recent and future versions of the applicable compliance certificate / audit report - WIN 's production environment is hosted by Rackspace and AWS, both leaders in the secure data center management. Rackspace maintains various certifications including ISO 27001, SSAE 16 and ISAE 3402, PCI DSS and Safe Harbor. The ISO 27001 certified Information Security Management System (ISMS) is an iterative process to certify the management of information security in the operation of Rackspace's data centers.

The Rackspace web site includes the following information:

> To execute the plans defined in the control objectives above, Rackspace uses the best practices described in the ISO 27002 security standard. This standard is recognized globally as the most comprehensive framework for establishing and maintaining information security best practices within an organization. As these controls are essential to our security posture, we refrain from describing them in detail on publicly available documents. For further insight into these controls, customers and prospects can view this information on our Service Organization Control 1 (SOC 1) report, which is available under the appropriate confidentiality agreements.

Further information regarding Rackspace's security assessments and compliance, please see "Rackspace Security Collateral" in the supporting documentation.

AWS also provides hosting for some of WIN's production environment. As a leader in data center management, the AWS security control and compliance information is quite extensive. Its IT infrastructure is designed and managed in alignment with security best practices and a variety of IT security standards, including: SOC 1/SSAE 16/ISAE 3402 (formerly SAS 70), SOC 2, SOC 3, FISMA, DIACAP, and FedRAMP, DOD CSM Levels 1-5, PCI DSS Level 1, ISO 9001 / ISO 27001, ITAR, FIPS 140-2, and MTCS Level 3.

Further information can be found at https://aws.amazon.com/compliance/soc-faqs/ and also in the supporting document, "AWS Security Whitepaper."

The IT Company in Knoxville, Tennessee hosts WIN's pre-production environment. The IT Company is fully compliant with SOC 2 and it maintains security audit policies.

**6. Describe the policies, procedures and practices you have in place to provide for the physical security of your data centers and other sites where government information will be hosted, accessed or maintained** - WIN employs a physical security system with key fob access that limits access to sensitive areas to authorized users only. Visitors are escorted when in the WIN facility. Maintenance personnel are not authorized in sensitive areas without an escort.

32

SCSFAR0000189

The physical server room only has one door. Ceiling access is limited by full-height walls. Fire safety procedures have been discussed with WIN staff members. Specialized HVAC equipment is installed in the information systems area to assure effective temperature and humidity maintenance. Temperature and humidity alarms send notification to WIN's Systems Administrator. To assure highly reliable physically security, WIN's production software environment is currently hosted by Rackspace, with one state-wide installation hosted through AWS. Both companies employ specialized practices for physical security including environmental controls and fire suppression.

Rackspace physical security policies include:

- Data center access is limited to only authorized personnel
- Badges and biometric scanning for controlled data center access
- Security camera monitoring at all data center locations
- Access and video surveillance log retention
- 24x7x365 onsite staff provides additional protection against unauthorized entry
- Unmarked facilities to help maintain low profile
- Physical security audited by independent firms annually

Additional information about Rackspace security can be found in "Rackspace Security Collateral" in the supporting documents.

AWS also has extensive physical security policies. AWS data centers are housed in nondescript facilities. Physical access is strictly controlled both at the perimeter and at building ingress points by professional security staff utilizing video surveillance, intrusion detection systems, and other electronic means. Authorized staff must pass two-factor authentication a minimum of two times to access data center floors. All visitors and contractors are required to present identification and are signed in and continually escorted by authorized staff. AWS only provides data center access and information to employees and contractors who have a legitimate business need for such privileges. When an employee no longer has a business need for these privileges, his or her access is immediately revoked, even if they continue to be an employee of Amazon or Amazon Web Services. All physical access to data centers by AWS employees is logged and audited routinely.

Additional information about AWS physical security can be found in "AWS Security Whitepaper" in the supporting documents. Pre-production is hosted by The IT Company. It employs best physical security practices that are strictly enforce and include:

- Controlled access inner perimeter access into the building
- Server access and other IT equipment access in locked rooms accessed via security system with logging
- Security cameras
- Visitor logging and identification requirements
- Visitor escort

33

SCSFAA0000190

- Compliance reviews

**7. Will government information be encrypted at rest? Will government information be encrypted when transmitted? Will government information be encrypted during data backups, and on backup media? Please elaborate.** - Information is not encrypted at rest, but information is encrypted when transmitted. WIN employs Microsoft Windows Kererbos cryptographic modules that are integral to the product.

**8. Describe safeguards that are in place to prevent unauthorized use, reuse, distribution, transmission, manipulation, copying, modification, access or disclosure of government information.** - Access to data is limited by network and physical security policies described above in the data centers. WIN does not employ Data Loss Prevention (DLP) policies. Access to data at is limited via least access privileged account methodologies.

**9. What controls are in place to detect security breaches? What system and network activity do you log? How long do you maintain these audit logs?** - It is important to note that WIN does not have publicly accessible system components. Access to the production software environments is limited to ports through which web browsers connect. Access to pre-production software environments uses https and ssl for software developer access.

WIN's and its IT Service providers maintain and monitor its server logs and firewall logs to provide boundary protection. Policy routing is used to monitor and control communications for internal and external boundaries.

**10. How will government information be managed after contract termination? Will government information provided to the Contractor be deleted or destroyed? When will this occur?** - Information will be managed or destroyed in alignment with the specifications of our contract with your organization. Should the contract be terminated, WIN expects to provide certification within a reasonable time frame that your information has been removed from our systems and destroyed.

**11. Describe your incident response policies and practices.** - To help reduce the incident occurrence, WIN employs change management processes to understand the impact of a change and to assess its risk. Although WIN is also in the process of developing a written incident response plan, the company has discussed incident response procedures and is prepared to handle security incidents including detection and analysis, containment, eradication and recovery. In the event of an incident, WIN investigates the issue and takes prompt action to resolve the issue. Information about the problem and its resolution is discussed with appropriate employees including senior management.

WIN has also engaged a third-party subject-matter-expert to assist with and serve as a consultant should security incidents occur.

34

SCSF-AA000751

**12. Identify any third party which will host or have access to government information -**
WIN uses Rackspace and AWS to host its software production environment and The IT
Company to host its pre-production software environment. Offeror's response to this
questionnaire includes any other information submitted with its offer regarding information or
data security.

**Statement of Compliance:** WIN Career Readiness System infrastructure is housed in a highly
secure data center facility that is recognized for its data network and security practices. The data
center is staffed and monitored 24/7/365. wincrsystem.com is currently housed on physical
servers that are monitored for performance and security. Alerts are generated upon any unusual
activity or event. WIN maintains several firewall systems for the protection of information
assets. The firewalls are configured following the standard of least privilege. No traffic that is
not specifically known and approved is allowed through the firewalls. WIN also maintains
separate layers of security to increasingly protect privileged data from external threats. The
firewalls utilize deep packet inspection to verify that known data types are not hiding a malicious
payload. Attacks against the system are automatically blocked at the firewall based on rules
defined for known attack patterns such as IP address and port scans, password attacks, and other
threats. The system is further safeguarded by public key infrastructure encryption via SSL 2048-
bit key length certificates from trusted third-party certificate authorities.

WIN plans to transition from physical servers to cloud based servers (AWS) in Summer of 2018.
WIN has piloted an AWS installation with the Arizona state wide contract with great success.

Upon reward of the bid, WIN commits to working with SC to fully review their SC security
standards and make a plan for full compliance.

SIGNATURE OF PERSON AUTHORIZED TO REPRESENT THE ACCURACY OF THIS
INFORMATION ON BEHALF OF CONTRACTOR:

By: _Teresa C Chasteen_

(authorized signature)

Its: _President + CEO_

(printed name of person signing above)

_Teresa C. Chasteen_

(title of person signing above)

Date: _12|22|2017_

SPSAQ (FEB 2015) [09-9025-1]

35

SCSPA0000192

**Appendix B** – Subcontractor Form

| Business Name/Address | Contact Name/Telephone | Services/Materials to be Provided | Cost of Services/Materials (*If applicable*) |
|---|---|---|---|
| Scantron Corporation | Michael Dorsey | Psychometric services, | Projected |
| 1313 Lone Oak Road | 614-917-9854 | printing, scanning, data | $452,673/Annually |
| Eagan, MN 55121 | | distribution, and related | |
| | | services | |

**Appendix C** - South Carolina Standard Amendment To End User License Agreements For Commercial Off-The-Shelf Software – Single Agency (Piggyback): WIN Learning acknowledges Appendix C and agree to all Terms and Conditions of the South Carolina Standard Amendment.

**Appendix D** - Software table

| | Name of Software Product | Name of Software Product's Licensor | Contractor licenses or sublicenses Software Product directly to State | Contractor "resells" or distributes Software Product |
|---|---|---|---|---|
| 1 | WIN Ready to Work Applied Mathematics Assessment | WIN Learning | Yes | No |
| 2 | WIN Ready to Work Locating Information Assessment | WIN Learning | Yes | No |
| 3 | WIN Ready to Work Reading for Information Assessment | WIN Learning | Yes | No |
| 4 | WIN Essential Soft Skills Assessment | WIN Learning | Yes | No |

**Appendix E** - Purchase Order Attachment - Acceptance of Offers 10% Below Statewide Term Contract Price: WIN Learning understands and acknowledges the Terms and Conditions of Appendix E.

**MINORITY PARTICIPATION**

Is the bidder a South Carolina Certified Minority Business? [ ] Yes [X ] No
Is the bidder a Minority Business certified by another governmental entity? [ ] Yes [X ] No
If so, please list the certifying governmental entity: _____N/A_____

36

SCST-AA0000153

Will any of the work under this contract be performed by a SC certified Minority Business as a subcontractor? [ ] Yes [X] No
If so, what percentage of the total value of the contract will be performed by a SC certified Minority Business as a subcontractor? _____N/A_____
Will any of the work under this contract be performed by a minority business certified by another governmental entity as a subcontractor? [ ] Yes [X ] No

---

## TEST BLUEPRINT      Attachment #1

### Applied Mathematics Assessment

| Level/ Learning Objective | Standard Code | Number of Items |
|---|---|---|
| Level 3 | | 4 |
| Solve problems that require a single type of mathematical operation (addition, subtraction, multiplication, and division) using whole numbers | 01 | 1 |
| Add or subtract negative numbers | 02 | 1 |
| Change numbers from one form to another using whole numbers, fractions, decimals, or percentages | 03 | 1 |
| Convert simple money and time units (e.g., hours to minutes) | 04 | 1 |
| Level 4 | | 7 |
| Solve problems that require one or two operations | 05 | 1 |
| Multiply negative numbers | 06 | 1 |
| Calculate averages, simple ratios, simple proportions, or rates using whole numbers or decimals | 07 | 1 |
| Add up to three fractions that share a common denominator | 08 | 1 |
| Add commonly known fractions, decimals, or percentages (e.g., ½, .75, 25%) | 09 | 1 |
| Multiply a mixed number by a whole number or decimal | 10 | 1 |
| Put information in the right order before performing calculations | 11 | 1 |
| Level 5 | | 7 |
| Decide what information, calculations, or unit conversion to use to solve the problem | 12 | 1 |
| Look up a formula and perform a single-step conversion within or between systems of measurement | 13 | 1 |
| Calculate using mixed units (e.g., 3.5 hours and 4 hours 30 minutes) | 14 | 1 |
| Divide negative numbers | 15 | 1 |
| Find the best deals using one- and two-step calculations and then compare results | 16 | 1 |
| Calculate the perimeters and areas of basic shapes (circles and rectangles) | 17 | 1 |
| Calculate percent discounts or markups | 18 | 1 |
| Level 6 | | 9 |
| Use fractions, negative numbers, ratios, percentages, or mixed numbers | 19 | 1 |

37

| Learning Objective | Standard Code | Number of Items |
|---|---|---|
| Rearrange a formula before solving a problem | 20 | 1 |
| Use two formulas to change from one unit to another within the same system of measurement | 21 | 1 |
| Use two formulas to change from one unit in one system of measurement to a unit in another system of measurement | 22 | 1 |
| Find mistakes in questions that belong at Levels 3, 4, and 5 | 23 | 1 |
| **Applied Mathematics continued......** | | |
| Find the best deal and use the result for another calculation | 24 | 1 |
| Find areas of basic shapes when it may be necessary to rearrange the formula, convert units of measurement in the calculation, or use the result in further calculation | 25 | 1 |
| Find the volume of rectangular solids | 26 | 1 |
| Calculate multiple rates | 27 | 1 |
| **Level 7** | | **7** |
| Solve problems that include nonlinear functions and/or that involve more than one unknown | 28 | 1 |
| Find mistakes in Level 6 questions | 29 | 1 |
| Convert between systems of measurement that involve fractions, mixed numbers, and/or percentages | 30 | 1 |
| Calculate multiple areas and volumes of spheres, cylinders, or cones | 31 | 1 |
| Set up and manipulate complex ratios or proportions | 32 | 1 |
| Find the best deal when there are several choices | 33 | 1 |
| Apply basic statistical concepts (calculate percent change) | 34 | 1 |

## Locating Information

| Level/ Learning Objective | Standard Code | Number of Items |
|---|---|---|
| **Level 3** | | **5** |
| Fill in one or two pieces of information that are missing from a graphic | 01 | 2-3 |
| Find one or two pieces of information in a graphic | 02 | 2-3 |
| **Level 4** | | **9** |
| Understand how graphics are related to each other. | 03 | 1-2 |
| Find several pieces of information in one or two graphics | 04 | 1-2 |
| Summarize information from one or two straightforward graphics | 05 | 1-2 |
| Identify trends in one or two straightforward graphics | 06 | 1-2 |
| Compare information and trends shown in one or two straightforward graphics | 07 | 1-2 |
| **Levels 5 and 6** | | **7** |
| Identify trends shown in one or more detailed or complicated graphics | 08 | 1-2 |
| Compare information and trends from one or more complicated graphics | 09 | 1-2 |
| Summarize information from one or more detailed graphics | 10 | 1-2 |
| Sort through distracting information | 11 | 1-2 |

38

SCSF-A40000195

## Reading for Information

| Level/ Learning Objective | Standard Code | Number of Items |
|---|---|---|
| **Level 3** | | **5** |
| Choose the correct meaning of common, everyday workplace words | 01 | 0-2 |
| Apply instructions to a situation that is the same as the one in the reading materials | 02 | 0-2 |
| Choose the correct meaning of a word that is clearly defined in the reading | 03 | 0-2 |
| Identify main idea and clearly stated details | 04 | 0-2 |
| Choose when to perform each step in a short series of steps | 05 | 0-2 |
| **Level 4** | | **6** |
| Identify important details that may not be clearly stated | 06 | 1-2 |
| Choose what to do when changing conditions call for a different action (follow directions that contain "if-then" statements) | 07 | 1-2 |
| Use the reading material to figure out the meaning of words that are not defined. | 08 | 1-2 |
| Use the reading material to figure out the meaning of words that are not defined. | 08-1 | 1-2 |
| **Level 5** | | **9** |
| Identify the paraphrased definition of a technical term or jargon that is defined in the document. | 09 | 1-2 |
| Figure out the meaning of a word based on how the word is used. | 10 | 1-2 |
| Identify the correct meaning of an acronym that is defined in the document. | 11 | 1-2 |
| Apply technical terms and jargon and relate them to stated situations. | 12 | 1-2 |
| Apply straightforward instructions to a new situation that is similar to the one described in the material. | 13 | 1-2 |
| Apply complex instructions that include conditionals to situations described in the materials. | 14 | 1-2 |
| **Level 6** | | **9** |
| Identify implied details | 15 | 1-2 |
| Use technical terms and jargon in new situations | 16 | 1-2 |
| Figure out the less common meaning of a word based on context | 17 | 1-2 |
| Apply complicated instructions to new situations | 18 | 1-2 |
| Apply general principles from the materials to similar and new situations | 19 | 1-2 |
| Figure out the principles behind policies, rules, and procedures | 20 | 1-2 |
| Explain the rationale behind a procedure, policy, or communication | 21 | 1-2 |
| **Level 7** | | **4** |
| Figure out the meaning of difficult, uncommon words based on how they are used | 22 | 1-2 |
| Figure out the meaning of jargon or technical terms based on how they are used | 23 | 1-2 |

Case 3:18-cv-00186-TRM-HBG   Document 171-1   Filed 08/26/19   Page 40 of 106   PageID #: 13521

SCSF-AA0000196

| | | | |
|---|---|---|---|
| Figure out the general principles behind policies and apply them to situations that are quite different from any described in the materials | 23 | 1-2 | |

**Essential Soft Skills Assessment**

| Domains/Tasks | Code | Number of Items | Total Points |
|---|---|---|---|
| **Domain I: Resolve Conflict** | **010000** | **7** | **14** |
| Acknowledge conflict by defining conflict | *010100* | *1* | |
| Acknowledge conflict by identifying areas of agreement and disagreement | *010200* | *1* | |
| Acknowledge conflict by accurately restating conflict with some detail and examples | *010300* | *1* | |
| Generate options for resolving the conflict that have a win/win potential. | *010400* | *1* | |
| Negotiate an agreement that will satisfy the conflicted parties using a range of strategies to facilitate negotiation. | *010500* | *1* | |
| Negotiate an agreement that will satisfy the conflicted parties by monitoring the process for its effectiveness and fairness | 010600 | 1 | |
| Evaluate the results of the negotiation | 010700 | 1 | |
| **Domain II: Cooperate with Others** | **020000** | **9** | **18** |
| Interact with others in ways that are friendly, courteous, and tactful and that demonstrate respect for others' ideas, opinions, and contributions | 020100 | 2-3 | |
| Use strategies to seek input from others in order to understand their actions and reactions | 020200 | 2-3 | |
| Offer clear input on personal interests and attitudes so that others can understand one's actions and reactions and to clarify one's position | 020300 | 2-3 | |
| Try to adjust one's actions to take into account the needs of others and/or the tasks to be accomplished | 020400 | 2-3 | |
| **Domain III: Take Responsibility for Learning** | **030000** | **9** | **18** |
| Identify how you learn effectively | 030100 | 1-2 | |
| Identify a learning goal | 030200 | 1-2 | |
| Select and use strategies and information appropriate to learning goal | 030300 | 1-2 | |
| Monitor/manage progress toward achieving learning goal | 030400 | 1-2 | |
| Monitor effectiveness of learning process | 030500 | 1-2 | |
| **Domain IV: Solve Problems and Make Decisions** | **040000** | **8** | **16** |
| Identify problem to be solved or decision to be made | 040100 | 1-2 | |
| Understand and communicate root causes of problem | 040200 | 1-2 | |
| Generate possible solutions that address the root causes of the problem | 040300 | 1-2 | |
| Evaluate options and select the one most likely to succeed based on apparent causal connection and appropriateness to the context | 040400 | 1-2 | |
| Plan and implement chosen solution | 040500 | 1-2 | |
| Monitor effectiveness toward a solution | 040600 | 1-2 | |

40

SCSFAX0000197

| Domain V: Observe Critically | 050000 | 7 | 14 |
|---|---|---|---|
| Focus attention on visual information and locate information relevant to a purpose | 050100 | 2-3 | |
| Analyze and interpret relevant information | 050200 | 2-3 | |
| Monitor comprehension of visual information to achieve purpose | 050300 | 2-3 | |

**Attachment #2**

**Accessibility and Accommodations Statement and Documentation**

WIN Learning is committed to equal access to the WIN Career Readiness System and related products and services in accordance with applicable standards for accessibility including Web Content Accessibility Guidelines (WCAG) 2.0; Revised Section 508 Standards and Section 255 Guidelines; EPUB 3.0 and EN 301 549 Guidelines; and other state / customer-specific standards. WIN is equally dedicated to providing appropriate customized materials and accommodations for learners in compliance with the Individuals with Disabilities Education Act (IDEA) and Section 504 of the Rehabilitation Act of 1973. WIN continuously monitors for and prioritizes remediation of accessibility and accommodation issues as identified.

The design and development of the online WIN Career Readiness System and related products and services are informed and guided by WCAG 2.0 principles:

- Information and user interface components must be presentable in ways users can perceive.
- User interface components and navigation must be operable.
- Information and the operation of user interface must be understandable.
- Content must be robust enough that it can be interpreted reliably by a wide variety of user agents, including assistive technologies.

In general, the online system, curriculum, assessments and supporting tools / resources are substantially or partially compliant with applicable WCAG 2.0 Levels A and AA standards and substantially compliant with applicable IDEA/Section 504 accommodations. Current accessibility features and accommodations include, but are not limited to:

- Online system, curriculum, assessments and supporting tools are rendered in HTML 5, optimized for most devices, mobile platforms and keyboard-only navigation, and compatible with most current assistive technologies.
- Online customer service, training and implementation resources are rendered in HTML 5 and/or PDF, optimized for most devices, mobile platforms and keyboard-only navigation, and compatible with most assistive technologies.

41

SCSFAA0000198

- Online curriculum is supported by text-to speech audio that can be independently paused /stopped by user.
- Online curriculum and assessment text may be resized up to 200 percent without loss of content.
- Online curriculum, including embedded assessments, is self-paced, so there are no time limits.
- Online system, curriculum, assessments and supporting tools / resources do not produce multiple flashes that may cause seizures.
- Curriculum and assessments are provided in printable / paper formats upon request.
- For customer-optional timed / proctored assessments, online system allows discretionary extension of time by administrators and adjustment of font size and color/contrast by learners.

WIN is in process of contracting with a qualified third party to conduct a current review of the WIN Career Readiness System, curriculum, assessments, supporting tools / resources, and accommodations in accordance with the Voluntary Product Accessibility Template® 2.0 (VPAT) and IDEA/Section 504.

For questions, concerns, assistance or additional information about WIN Career Readiness System accessibility and accommodations, or level of conformance and planned roadmap to full conformance, contact WIN Customer Service at 1.888.717.9461 or support@winlearning.com.

This Accessibility Statement is prominently posted and regularly reviewed and updated with the current version posted at https://www.wincrsystem.com/content/specs/TechSpecs.pdf.

42

# WIN careerreadinesssystem
## TECHNICAL REQUIREMENTS

Below are the minimum technical requirements for the WIN Career Readiness System. Please verify and test all requirements before use.

## Hardware

| | Minimum Requirements |
|---|---|
| Processor \| PC, Windows | Intel processor or compatible |
| Processor \| Apple Mac | Intel Processor \| Power PC not supported |
| RAM | 2 GB |
| Video Resolution | 1024 x 768 required, 1280 x 1024 recommended |
| Audio | Sound card & speakers/headphones required |
| Mouse or Stylus | Required for PC \| Recommended for Tablet |

## Tablet \| Operating System and Browser

| | Minimum Requirements |
|---|---|
| Apple iPad | iOS 6.0 or higher |
| Android Tablets | 4.0 or higher |
| Kindle Fire | HD/HDX |
| Microsoft Surface RT | Windows 8 RT with Internet Explorer 10 |

## Desktop & Laptop \| Operating System and Browser

| | PC Windows XP or higher | Apple Mac OS 10.6 or higher |
|---|---|---|
| Internet Explorer | 9.0 or higher | — |
| Chrome | Current Version | Current Version |
| Firefox | Current Version | Current Version |
| Safari | — | Current Version |

## Proctored Assessments

- Proctored Assessment users must download and install the Respondus Lockdown Browser on each computer used for testing.
- The Respondus Lockdown Browser must be downloaded from one of the links below.
- A test link is included in the Lockdown Browser instructions.

**Windows Downloads**
- Windows Instructions
- Windows Installer

**Macintosh Downloads**
- Macintosh Instructions
- Macintosh Installer

## Software

- Adobe Acrobat Reader 9.0 or higher
- Flash Player 9 or higher
- Javascript must be enabled

## Additional Requirements

- The proctored assessments are not available on iPads, Android tablets, or Chromebooks.
- WIN Learning tools are not recommended for mobile phones.
- WIN Learning does not support or endorse third party hardware, software or applications.

For assistance, contact the WIN Learning Help Desk at 1-888-717-9461 or support@winlearning.com.

12_2017

43

SCSFAA0000200

Case 3:18-cv-00186-TRM-HBG   Document 171-1   Filed 08/26/19   Page 44 of 106   PageID #: 13525

# WIN career readiness system
## TECHNICAL REQUIREMENTS

Below are the minimum technical requirements for the WIN Career Readiness System. Please verify and test all requirements before use.

## White List: Content Filtering | Caching | Proxying | Packet Shaping



- Network content/web filtering, caching, proxying and packet shaping must be bypassed for the following domains for both http and https. If caching or proxying webpages by default, these domains must also be added to your non-cache/non-proxy lists.
  - *wincrsystem.com
  - *wincshost.com
  - *winlearning.com
  - *wistia.com

- If using WIN's myStrategic Compass, the following domains must also be bypassed for both http and https:
  - *intocareers.org
  - *kuder.com

- Proctored Assessment users must also bypass the following domains for both http and https:
  - *learnosity.com
  - *cloudfront.net
  - *google-analytics.com
  - *amazonaws.com

- Domain names, not IP addresses, must be used to bypass network content filtering, caching, and packet shaping because IP addresses may change. Use the correct syntax for wildcard exceptions for your specific network applications.

- Network content/web filtering, caching, proxying and packet shaping must be bypassed for standard web content types including HTML, Flash movies (SWF), Javascript, PDF, PHP, GIF, JPEG, PNG, MP3, and FLV.

## Internet Bandwidth

| | Minimum Constant Connection / Concurrent User |
|---|---|
| Career Readiness Courseware | 256 Kbps |
| College Readiness / CRC+ | 256 Kbps |
| Soft Skills | 1.0 Mbps |
| myStrategic Compass | 256 Kbps |
| Proctored Assessments | 256 Kbps |

## Quality of Service (QoS)

Quality of Service (QoS) is strongly recommended and must be configured to ensure the minimum bandwidth listed above for each concurrent user.

## Accessibility and Accommodations

WINCRS Accessibility and Accommodations Statement

For assistance, contact the WIN Learning Help Desk at 1-888-717-9461 or support@winlearning.com.

Page 2

12_2017

44

Case 3:18-cv-00186-TRM-HBG   Document 171-1   Filed 08/26/19   Page 45 of 106   PageID #: 13526

SCSFAA0000201

### Teresa Chasteen, Ph.D., WIN President and CEO

**Education:** University of Tennessee – 1985 Doctorate in Curriculum & Instruction, Psychology; 1982 Master of Science in Education; 1981 Bachelor of Science in Education Employment

**History:** Worldwide Interactive Network, Inc. – President and CEO 1996 to present   - Hiawassee College – Associate Professor 1993 to 1996   - Roane State Community College – Assistant Professor 1985 to 1993

**Experience Highlights:**   Served as Project Manager for the development and validation of over 1,000 hours of test preparation materials that were directly aligned with the ACT assessments, WorkKeys for Reading, Math, Locating Information, Teamwork, Observation, Applied Technology, Writing and Listening   - Managed the conversion of curriculum and assessment materials spanning grade levels K-16 into print, CD-ROM, and Web-deliverable format   - Provided project oversight for a State of Alabama project that included validation studies and development of a Teacher Certification Test in the areas of Math, Reading and Writing   - Managed multi-year, multi-million dollar projects involving data collection from over 51,000 participants and working with the statewide agencies and management organizations

### Steve Fain

An award-winning Executive Sales Professional whose career with WIN Learning, Inc. Carnegie Learning, Inc. and  PLATO Learning, Inc. has been distinguished by quota-surpassing account sales and numerous performance honors.  A consistently top 10% ranked in nationwide sales of education technology resources and professional development  solutions. An excellent negotiator and communicator – quickly establishes rapport, builds credibility and cultivates lasting relationships with administrators and decision makers.

**WIN Learning, Inc.**
**Executive Vice President of Sales & Professional Services,** January 2016 to Present
Responsible to the CEO for strategic planning, sales team development and growth, Profit & Loss, and professional  services fidelity implementations.

**Director of Strategic Partnerships,** July 2014 to December 2015
Managed KY, WV and TN territories, marketing, and selling career readiness and professional development solutions  to public school districts, state workforce agencies, adult education, community colleges and correction facilities.

**Carnegie Learning, Inc.**
**Senior Regional Account Manager,** January 2012 to July 2014

45

Managed KY and TN territories, marketing and selling secondary mathematics textbooks, software and professional development curricula to public school districts and middle school and high school administrators.

**Southeast Regional Vice President,** September 2010 to January 2012
Managed five Regional Account Mangers in a ten-state region in the Southeastern United States (KY, TN, AR, LA, AL MS, GA, FL, SC, & NC) marketing and selling secondary mathematics textbooks, software and professional development curricula to public school districts and middle school and high school administrators.

**Regional Account Manager,** February 2006 to September 2010
Managed KY and TN territories, marketing and selling secondary mathematics textbooks, software and professional development curricula to public school district s and middle school and high school administrators.

**Berea College** – Berea, KY
**Bachelor of Science,** Business Administration/Marketing, May 1988

---

**Suzanne Bazarian**

**WIN Learning -** Aug 2014-present
**Director of Product and Content Operations** - Drive internal process improvements company-wide. - Introduce and implement new tools to improve communication, efficiency and cost-savings. Manage multiple strategic projects of varying size and subject matter. Direct Program Management, Customer Support and IT departments as well as multiple project teams. Partner with stakeholders to translate business needs into new and enhanced products and processes. Launched first of its kind career readiness mobile application.

**Amherst Holding, LLC** - Jan 2014-Aug 2014
**Director of Operations -** Introduced and executed Agile software development methodologies company-wide. Developed and managed end-to-end project plans for up to 17 active projects at a time. Designed and maintained product dashboards, detailed project pages, and release notes. Drove internal process improvements across multiple teams and functions. Trained developers and stakeholders on the use of Jira and Confluence to document and track requests through the SDLC.

**COMPASS Learning, Inc**. - 2006-2014
**Director of Product Operations -** 2013-2014 - Coach project management team toward accomplishing individual, team, and company goals. Develop processes for effective recruiting of both temporary and permanent employees. - Facilitate department's transition from Waterfall to Agile software development. - Design and implement organizational dashboards, project reports, and executive summaries. - Track and communicate project status; make data-based recommendations to executive team. - Build and oversee $9 million product development budget. - Lead newly formed Agile team to successful development and release of company's first mobile application. - Negotiate, monitor, and manage third party contracts and vendors.

46

SCSFAR0000203

**Director of Content Operations** – 2011-2013
**Manager of Content Operations** – 2010-2011 - Manage the day to day operations of the Curriculum and Instruction department. – Serve as an executive resource for strategic initiatives and deliverables. – Supervise a team of instructional designer, editors, content specialists, and assessment writers. – Improve processes, documentation, and communication within and across departments. - Support the sales, professional development, and customer service teams. Present at corporate and industry events. - Serve as key contact for internal and external stakeholders regarding product. -
Evaluate and manage partnerships, and integration of 3rd party content. - Serve as interim Director of Curriculum, Math Architect, and English Architect as needed.
**Lead Instructional Designer** - 2007-2010 - Lead team in creation of over 1000 researched-based instructional assets for award-winning High School English product.
Produced and released Odyssey High School English on time and within budget.
Collaborate with creative team to ensure high level of engagement while maintaining academic rigor. Supervise on set video production of direct instruction videos.
Maintain and support English/Language Arts K-8 product.
**Curriculum Specialist** - 2006-2007 - Align thousands of instructional assets to state academic standards for English Language Arts K-12. Maintain curriculum and assessment metadata and gap analysis database. - Train and manage team of 30 contractors for summer alignment project. - Collaborate with the development team to improve tools that support the alignment process. Communicate regularly with state Departments of Education regarding standards status.

---

**Theresa Nelson**

Proven leader for Client Program Management, Proposal Management and Operations Teams
Demonstrated ability for building effective, collaborative, productive working relationships with clients, staff and cross-departmental teams - Ability to adapt to constantly changing priorities in a managed a wide range of projects. - Skilled ability to bring projects/initiatives to completion - Excellent communication, consulting, facilitation, negotiation, conflict management, problem resolution, change management and consensus building skills

**Scantron Corporation, Eagan, Minnesota** - January 1996 - Present
**Director, Professional Services** (May 2017 – present)
**Director, Client Program Management** (January 2016 to April 2017) - Leadership to Client Program Management and Survey Operations team supporting over 100 projects valued over $7M annually in multiple markets - Overseeing development and overall client implementation process including SOW development, requirements gathering, scheduling, client escalations and general program support. - Sales & Proposal Management support including legal/contract review coordination - Collaborate with cross-functional teams to ensure ongoing quality assurance measurement identifying improvement areas. - Continually analyzed team performance to improve customer service efficiency; identifying training needs, designed, developed and implemented training and continuous improvement programs for division. - Manage relationships with vendors to ensure appropriate levels of services.

47

SCSFAA0000204

**Senior Manager, Project Management** (May 2010 – December 2015) - Leadership to Client Program Management team supporting over 100 simultaneous projects in multiple markets - Core Team Member for $2M redesign development platform project incorporating complete database, interface and reporting portal. - Led Scantron support for Reg-E initiative in collaboration with Harland Clarke, bringing additional unplanned $6M revenue for 2010.
**Manager, Proposal Management** (November 2009 – April 2010) - Led proposal management team which included pricing and creating over 400 proposals annually - Sales Support including training, project solution, legal/contract review coordination - Manage vendor relationships including finding and vetting new vendors
**Manager, Client Services** (July 2008 – October 2009) - Led Survey Services Proposal Management, Project Management, Printing Customer Service, estimating and scheduling Teams - Responsible for Scantron and NCS Data Management integration of printing services client support and survey processing - Provided forms account management for Scantron partners and publishers including SANSIO, White Plume, Chase, Evans Newton, ACS, Harcourt Achieve, Harcourt Assessment, Riverside Publishing, ASA
**Bachelor of Arts, Journalism, Public Relations Option**
Area of Specialization: Consumer Finance and Graphic Communications.
California State University, Long Beach

---

**Rosemarie Tolliver**

Demonstrated ability to effectively lead and manage teams with diverse skills, personalities, and backgrounds. - Proven ability in managing large client accounts in a variety of industries, utilizing strong problem solving and follow-through skills, resulting in enhanced client satisfaction and company revenue. - Successfully managed computer based and paper/pencil publishing of high stake exams. - Effective communicator with excellent planning, organizational, and negotiation strengths as well as the ability to lead, reach consensus, establish goals, and attain results. - Known for enthusiasm, approachability, persistence, and fostering collaborative relationships to resolve problems and complete projects.

**Scantron Corporation,** Eagan, Minnesota - November 2014 - Present
**Vice President, Professional Services** - February 2016 - Present
**Director, Professional Services** - November 2014 – January 2016 - Provide on-going leadership to Program Management, Professional Development, and Documentation teams which service multiple markets. - Ensure that internal resources are allocated and utilized appropriately. - Facilitate and drive on-going cross-functional and departmental collaboration and communication. - Responsible for developing and supporting internal improvement initiatives through collaboration, deploying teams as appropriate, managing the day-to-day activities, and capturing expected benefits through the initiative. - Manage the workflow of Client Program Management, Professional Support, and Training teams. - Responsible for overseeing the development and implementation of client schedules, including SOW development, requirements gathering, client escalations, and general PM support. - Oversee the assignment of accounts to the Program Management Team, development and implementation PMP best practices, as well as the tracking and reporting of performance metrics to the Senior Leadership team.

48

SCSFAA0000205

**Pearson VUE,** Bloomington, Minnesota – June 2009 – Present

**Client Program Manager** - January 2011 – November 2014 - Responsible for the successful management of client programs valued at over $10M annually; ultimately responsible for implementing, developing, fulfilling, and retaining existing contracts. - Serve as principal communication channel between the client and Pearson VUE teams to ensure client satisfaction with delivered services, and an escalation point for all candidate issues. - Develop and maintain complete up-to-date documentation, including project plans, scope of work, and business rules. - Provide on-going training to call center, test center staff, and other internal client supporting teams to ensure client needs and issues are being addressed in a timely manner. - Establish and foster positive working relationships with internal teams to support client programs. - Manage all aspects of contract fulfillment including successful client implementation and continued compliance with contracted service standards. - Collaborate with global teams to support daily operations of international testing programs. - Assist in the training of new Program Managers, provide guidance on new client launches, and serve as a reliable resource to fellow team mates.

**Quality Assurance Analyst** - July 2009 –January 2011 - Performed software quality assurance tasks to ensure that developed, client provided, and third party integrated software products met requirements and design specifications and were within software quality targets and standards. - Created effective and reliable test plans, traceability matrices, test cases, and test summary documentation. - Defined testing requirements, and assessed the testability of business requirements and detailed design artifacts. - Provided daily metrics/documentation communicating testing results and status to QA Manager. - Devised strategies and tactics for the identification and implementation of continuous improvement of the software testing and software quality methodologies.

**Education**
**B.A.**, Business Management, College of St. Benedict
St. Joseph, Minnesota

49

SCSFAA0000206



# CERTIFICATE OF LIABILITY INSURANCE

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| The Insurance Group, LLC<br>201 Perimeter Park Road<br>Suite F<br>Knoxville, TN 37922 | PHONE (A/C, No, Ext): (865) 670-0911 | | FAX (A/C, No): (865) 670-0877 |
| | E-MAIL ADDRESS: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : The Hartford Insurance Company | | |
| INSURED | INSURER B : | | |
| WIN, Inc.<br>1000 Waterford Place<br>Kingston, TN 37763 | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES     CERTIFICATE NUMBER:     REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|---|
| A | X | COMMERCIAL GENERAL LIABILITY | | | 20SBARB0326 | 08/01/2017 | 08/01/2018 | EACH OCCURRENCE | $ 2,000,000 |
| | | CLAIMS-MADE [X] OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 1,000,000 |
| | | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | | PERSONAL & ADV INJURY | $ 2,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 4,000,000 |
| | X | POLICY [ ] PRO-JECT [ ] LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 4,000,000 |
| | | OTHER: | | | | | | EPL AGGREGATE | $ 10,000 |
| A | | AUTOMOBILE LIABILITY | | | 20SBARB0326 | 08/01/2017 | 08/01/2018 | COMBINED SINGLE LIMIT (Ea accident) | $ 2,000,000 |
| | | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | | OWNED AUTOS ONLY [ ] SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X | HIRED AUTOS ONLY [X] NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | | $ |
| A | X | UMBRELLA LIAB [X] OCCUR | | | 20SBARB0326 | 08/01/2017 | 08/01/2018 | EACH OCCURRENCE | $ 4,000,000 |
| | | EXCESS LIAB [ ] CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | | DED [X] RETENTION $ 10,000 | | | | | | Aggregate | $ 4,000,000 |
| A | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | | | 20WBCAS9785 | 08/01/2017 | 08/01/2018 | PER STATUTE [ ] OTH-ER | |
| | | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) [ ] Y/N | N/A | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| A | | Prof. Errors & Omiss | | | 20SBARB0326 | 08/01/2017 | 08/01/2018 | | 2,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| State of South Carolina<br>including all public procurement units<br>SFAA, Div. of Procurement Services, MMO<br>1201 Main Street, Suite 600<br>Columbia, SC 29201 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br><br>_Nina B. Tyler_ |

ACORD 25 (2016/03)

© 1988-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

Case 3:18-cv-00186-TRM-HBG Document 171-1 Filed 08/26/19 Page 51 of 106 PageID #: 13532

SCSFAR0000207



# ASSESSMENT MATERIALS

SCSFAA0000208

 **Ready to Work Assessment**

## In study after study, employers identified a lack of skilled workers as their biggest challenge.

**Ready to Work** is a workforce education and development tool, comprised of three proctored assessments: Applied Mathematics, Reading for Information, and Locating Information. It brings employers, learners/jobseekers, and education/workforce partners together in building a skilled workforce, while keeping and attracting businesses with high-wage jobs and national economic growth.

## Why were these assessments selected?

Research shows that these three fundamental skills are necessary for more than 85 percent of all jobs today; and these core skills are the basis for most other career readiness programs across the country, providing national portability.



Ready to Work Assessment Question:
A watch gains 40 seconds every day. About how many hours ahead will it be in 3 weeks?

- 0.03 hours
- 0.23 hours
- 14 hours
- 120 hours



## What skills do the assessments measure?

**Applied Mathematics** - Measures workplace mathematical reasoning and problem-solving skills from basic addition, subtraction, multiplication and division to multiple math functions like calculating percentage discounts and markups.

**Reading for Information** - Measures reading comprehension and reasoning skills when using written text on the job including memos, letters, directions, signs, notices, bulletins, policies and regulations.

**Locating Information** - Measures comprehension and application of workplace graphics such as charts, graphs, tables, forms, flowcharts, diagrams, floor plans, maps and instrument gauges.

### Let's WIN Together.
### Contact Us!

888.717.9461 (Toll Free)
865.717.3333
info@winlearning.com

1000 Waterford Place
Kingston, TN 37763
winlearning.com



learn more at winlearning.com

 readiness redefined      **Ready to Work**       facebook.com/winlearning

 @winlearning_

SCSFAA0000209



# Ready to Work Assessment

## How do the credentials align to the Workforce?

The Ready to Work assessments provides a completely customized credential based on the organizations needs and shows the learner/jobseeker is ready to work.

The assessments are generally scored on a scale from 3 to 7. The higher the learner/jobseeker scores, the greater his/her ability to perform more complex tasks and qualify for a broader range of jobs. Learners/jobseekers can re-take the assessments to improve their score at anytime.

There are four credential levels — bronze, silver, gold, and platinum. To earn a bronze credential, the learner/jobseeker must score



**Ready to Work Assessment: Skill Levels of Jobs**

**Certificates are awarded by achieving a minimum skill level**
Assessments: Applied Mathematics, Reading for Information & Locating Information

| Credential Levels | Sample Occupation Correlation: |
|---|---|
| **PLATINUM: Level 6** Successfully achieve a minimum of Level 6 on all assessments to be ready for 99% of jobs in the workforce. | Architect, Chemist, Geographer, Anesthesiologist, Agricultural Engineer |
| **GOLD: Level 5** Successfully achieve a minimum of Level 5 on all assessments to be ready for 90% of jobs in the workforce. | Credit Analyst, Aircraft Mechanics, Medical Transcriptionist, Acute Care Nurses, Social Worker |
| **SILVER: Level 4** Successfully pass a minimum of Level 4 on all assessments to be ready for 65% of jobs in the workforce. | Insulation Installers, Roofers, Chef, Pipelayer, Flight Attendant, Machinist |
| **BRONZE: Level 3** Successfully pass a minimum of Level 3 on all assessments to be ready for 35% of jobs in the workforce. | Construction Laborers, Electrician Assistant, Cement Mason, Dental Hygienist |

Ready to Work

a minimum of 3 on all assessments (Applied Mathematics, Reading for Information, and Locating Information). For silver a minimum of 4 is required, for gold a minimum of 5 is required, and for platinum a minimum of 6 is required.

The credential level – bronze, silver, gold, and platinum – is determined by the minimum or lowest score across all three tests. For example, a learner/jobseeker who scores a 4 in applied mathematics, 4 in reading for information, and 3 in locating information earns a bronze certificate because the lowest of the three scores is 3.

## Did you know...

WIN Learning also provides online self-paced courseware to help learners/jobseekers prepare for the Ready to Work assessments.

The Career Readiness Courseware aligns 100% to the Ready to Work assessments, making it a great resource for preparation or remediation.

Contact WIN Learning today and ask about bundling the Ready to Work assessments and the Career Readiness Courseware to give your learners/jobseekers the right tools for the job.



readiness redefined    **Ready to Work**

*Completely Customizable Certificate!*

This award certifies that

**Learner's Name**

has successfully completed the
**Ready to Work Assessments:**
Applied Mathematics
Reading for Information
Locating Information

*Signature*

SCSFAA0000210

# Ready to Work Overview

Ready to Work (R2W) is a career readiness assessment program that tests and scores job skills and work habits in three main areas, Applied Mathematics, Locating Information, and Reading for Information. The assessments together measure the communication, reasoning, and problem-solving skills required for most occupations today and may be administered in any order.

## Proctor Assessment Assignment

### 1. Find Participants

The Proctor Administration page is accessed by clicking the pertinent Assessment button from the Dashboard.



SCSFA00000211

Learners can be found by searching by Class or by individual Learner.



**A.** After selecting the List by Class or List by Learner button, click Search to open a list of Classes/Learners. All classes the Proctor has access to will be displayed below the search field in alphabetical order.

**B.** Practice tests (assessment tutorials) may be accessed from this screen by clicking the View Practice Tests button.



SCSF-A00000272

## Managing the Assessment Assignments Grid

A specific class can be found by typing the first few letters of the title in the search field. By clicking the name of a class, a list of all learners in the class will be displayed.

In the example, the class being selected is Logistics ABC.

**A.** 'Add all' places all learners from the class into the Assessment Assignments grid.

**B.** Individual learners can be added by clicking the '+' next to the learner's name.

**C.** Individual learners can be removed from the grid by clicking the 'x' next to the learner's name.

**D.** To remove all learners from the grid at once, click the 'x' at the top of the Name column.

**E.** Multiple classes of learners can be added to the Assessment Assignments grid. Return to the full list of classes by clicking the name of the site location or search by class name. In the example below, the site location is named Quality Assurance Academy.



SCSFA-0000213

**F.** Scores for any assessments already taken will be displayed next to the learner's name.

**G.** A checkmark in the cell for an assessment means that assessment has already been assigned to the learner and there is no need to reassign.



SCSFAA0000214

In the example screenshot, there are many things to note:

- 7 participants are listed in the Assessment Assignments Grid from the class Logistics ABC

- 2 learners from the class Logistics ABC were removed from the Assessment Assignments Grid as shown by the bolded names in the left dropdown menu

- 4 learners have previously taken assessments and their latest scores are shown

- 1 learner has recently had the Locating Information assessment assigned to them shown by the checkmark in that cell



SCSFA00000215

**Assigning Assessments**

**A.** Assign specific assessments by checking the box in the assessment column of the grid. To assign an assessment to an individual learner, click the check box within the grid for the learner. Learners may have multiple assessments assigned to them at once.

**B.** To assign the same assessment to all learners, click the check box for that assessment in the top row of the grid. The column of learners will be highlighted and will have checkmarks displayed.

**C.** To save actions (assign or unassign), click Apply Changes. Confirm save by clicking yes in pop-up.

**D.** To undo any actions prior to clicking Apply Changes, such as clearing the grid of checkmarks, click Undo Changes.

**E.** Refresh will update grid with assessment scores.



In the example screenshot, there are many things to note:

- 3 learners have already taken the Applied Mathematics assessment and have been unselected so they will not retake the assessment at this time

- All learners in the grid have been assigned the Locating Information assessment but because one learner has already been granted access, it is not reassigned

- 1 learner is retaking the Locating Information and Reading for Information assessments to potentially score higher and earn a higher level credential

- All learners in the grid have been assigned the Reading for Information assessment but because one learner has already completed the assessment, it is not reassigned



SCSFAA0000217

## 2. View Assessment Progress

**A.** After assigning assessments and clicking Apply Changes, the 'Next' button activates. Click 'Next' to open View Assessment Progress where two buttons will become active, 'Revise Assignments' and 'Start'.

**B.** 'Revise Assignments' will go back to the Find Participants section where the assessment assignments can be changed and participants can be added or removed.

**C.** 'Start' will display a grid for monitoring learner status on active assessments. The grid will persist even if the proctor navigates to another page





SCSFAA0000218

**D.** Learner status on an assessment is displayed in the Monitor Assessments grid, which is updated in near real-time to show the current item number the learner is working on.

**E.** The Actions menu provides options to pause and unpause assessments for learners as well as extend time. The Exit and Save function bookmarks an assessment so a learner can resume and complete the assessment at a later time whereas Exit and Discard does not keep a record of the assessment.



SCSFAA0000219

## Proctored Assessment Learner Experience

Below is an example of what a learner will see when first logging into the WIN Career Readiness System. To begin the proctored assessments, the learner will need to click on the Ready to Work module.



SCSFAR0000220

**A.** The learner can view assessment tutorials at the bottom left side of the screen at any time.

**B.** Once a proctor has assigned any or all of the three assessments, the link(s) will become active on the right side of the screen. In this example the learner, Evan, has access to take all three of the Ready to Work assessments and may do so in any order.



**C.** After clicking the test link, the learner is instructed to click the Start button to begin the assessment, as shown below.



SCSFAR0000221

**D.** Calculator can be accessed by clicking the Calculator button once assessment has begun.

**E.** Assessment item number as well as the timer is displayed.

*The example below shows the learner, Evan Arnold, working on item 4 of the applied mathematics assessment.*



**F.** After the learner clicks Start, the proctor will see on the Monitor Assessment Grid the Status change to active and the current item the learner is working on in the assessment will also be displayed. As the learner works through the assessment, the status is updated on the Monitor Assessment grid for the proctor.



SCSFAA0000222

## Accessibility Options

**A.** The Learner has many choices for making Accessibility changes and can do this by clicking the menu button located next to the timer.

**B.** Clicking on 'Accessibility' opens a window where the learner can change the color scheme, font size, and find zoom options.

**C.** Clicking on 'Full Screen' will allow the learner to view the assessment across the whole screen of their computer.





SCSFAA0000223

On the Applied Mathematics assessment, a formula sheet can be accessed by clicking the Show Formula Sheet button at the top right. The Show Formula Sheet will display formulas and units of measurement on right side of screen for easy reference. To hide the formula sheet, click Close Formula Sheet.



If an assessment item is left unanswered, the learner is alerted with an 'Item not complete' message in a pop-up window.



Upon clicking Submit, the Learner receives a message that the assessment was successfully completed. Clicking Finish will take the learner back to the assessment screen.



SCSFAA0000224

**Learner Scores**

**A.** The learner can locate their score(s) and eBadge status by clicking the Reports tab as shown below.

**B.** The learner's Dashboard will also update with an eBadge status.

**C.** The screen shot below shows the Applied Mathematics assessment no longer highlighted in blue since the learner finished the assessment. The Locating Information and Reading for Information assessments are still highlighted in blue and are available.



# Ready to Work Script

## Complete Demographics for Enrollment

- Log on to computer
- Go to Internet and type in: www.wincrsystem.com
- Administrator passes out usernames and passwords
- Participant enters username and password to log in
- Fill out the demographic survey - ** you will be asked to change your password; please make note of it since you will need the new one for the actual test
- Log out when finished

## Before testing

- Make sure the all computers are functioning correctly and lockdown browser has been properly installed.
- Using post-its, create a seating chart and post the names of the students on the computers for easy seating. (optional)
- Provide paper, a 4-function calculator, the reference sheet, and a #2 pencil to each student. (optional)

## Script

**SAY**:

Today, you will be taking the Ready to Work proctored assessments to earn one half of your Arizona Career Readiness Credential. If you have any electronic devices with you at this time, please turn them off and put away.

**(Check for any electronic devices and have students turn them off and put them away.)**

**SAY**:

This test has three parts: Applied Mathematics, Locating Information, and Reading for Information. On the desktop, you will see an orange-colored icon with an "FF" in it. Please click on this icon to bring you to the test's sign-in page. Using the username you were given and the password you created, please log in.

**(Pause)**

**SAY**:

You should now be looking at the welcome screen.
Each session is 55 minutes in length. The first one is the Applied Mathematics session. You may use the scratch paper, reference sheet, and 4-function calculator provided. There is also a reference sheet and calculator provided on the computer.

SCSFAX0000226

If you finish early, you may go back and check your work. Submit when you are ready. Please sit quietly until the end of the testing time.

Are there any questions?

**(Answer any questions posed. Make assessment available to participants.)**

<u>SAY</u>:

You may begin.

Fill out the time and display it:
      Start         _____
      5 minutes  _____
      End          _____

**(After participants have been testing for 50 minutes)**

<u>SAY</u>:

You have five minutes remaining.

**(After participants have been testing for 55 minutes)**

<u>SAY</u>:

Time is up. Please click on the red stop button, if you have not already done so, followed by the yellow yield sign and close that session. *On your proctor computer click the STOP SESSION button to submit answers for scoring.*

You now have a # minute break. (optional)

**(Allow participants to go to the restroom, stretch, and get water as needed.)**

<u>SAY</u>:

Please return to your seats. We will begin session two, Reading for Information, shortly.

**(Make assessment available to participants. Wait for everyone to be seated.)**

<u>SAY</u>:

You have 55 minutes for session two, Reading for Information.
You may begin.

Fill out the time and display it:
      Start         _____
      5 minutes  _____
      End          _____

**(After participants have been testing for 50 minutes)**

<u>SAY</u>:

You have five minutes remaining.

SCSFAA0000227

**(After participants have been testing for 55 minutes)**

SAY:

Time is up. Please click on the red stop button, if you have not already done so, followed by the yellow yield sign and close that session. *On your proctor computer click the STOP SESSION button to submit answers for scoring.*

You now have a # minute break. (optional)

**(Allow participants to go to the restroom, stretch, and get water as needed.)**

SAY:

Please return to your seats. We will begin session three, Locating Information, shortly.

**(Make assessment available to participants. Wait for everyone to be seated)**

SAY:

You have 55 minutes for session three, Locating Information. Thank you for participating in this Ready to Work administration. When you complete this session, you may log out of the computer.

Are there any questions?

**(Answer any questions)**

SAY:

You may begin.

Fill out the time and display it:
Start      _____
5 minutes   _____
End       _____

**(After you have been testing for 50 minutes)**

SAY:

You have five minutes remaining.

**(After you have been testing for 55 minutes)**

SAY:

Time is up. Please click on the red stop button, if you have not already done so, followed by the yellow yield sign and close the final session. *On your proctor computer click the STOP SESSION button to submit answers for scoring.*

Please logout, and then you may leave. Thank you

SCSFAA0000228

# Essential Soft Skills Assesment

## Closing the Soft Skills Gap for Today's Workforce.

The consequences of unemployment and underemployment can be long lasting and include reduced wages, decreased productivity and shortened career opportunities. Nearly 6.7 million young adults are out of school and out of work.

We must look to develop a skilled workforce that has both the hard and soft skills that are necessary to succeed in today's global economy.



### Skills Assessed

Communicating Effectively
Promoting Teamwork and Collaboration
Thinking Critically and Solving Problems
Conveying Professionalism

**Essential Soft Skills Assessment Question:**
The Company where you work has these two signs hanging in a work area.

 

You stumble upon two co-workers discussing the foolishness of these signs. They ask your opinion. How should you handle this situation?

| | Best | Worst |
|---|---|---|
| Discuss the advantages of prohibiting movement in the area. | ○ | ○ |
| Excuse yourself and ask your supervisor what you should say. | ○ | ○ |
| Kindly make your supervisor aware of what is going on. | ○ | ○ |
| Tell your co-workers about the saftey of pedestrians in the area. | ○ | ○ |

The Essential Soft Skills Assessments focuses on essential soft skills, such as problem solving, goal setting, decision-making, and self-direction, because these skills play a vital role in workplace success.

The questions in this subject area present situations that the learner might encounter at work and possible actions that could be used to deal with the situation. Essential Soft Skills questions require the learner to select the best and worst option for that particular situation.

### Let's WIN Together. Contact Us!

888.717.9461 (Toll Free)
865.717.3333
info@winlearning.com

1000 Waterford Place
Kingston, TN 37763
winlearning.com



Learn more at winlearning.com

 readiness redefined

 Essential Soft Skills
powered by win

 facebook.com/winlearning

 @winlearning_

SCSFAA0000229



# Essential Soft Skills Assesment

## Research Based Skills Assessment

The WIN Essential Soft Skills™ was developed based on the national Equipped for the Future (EFF) applied learning standards and the U.S. Department of Labor's work on SCANS and O*NET. Managers, workers, and supervisors from across industries identified the skills from the EFF Standards as critical for entry-level workers to succeed in today's workplace and global economy. These skills are listen actively, read with understanding, use mathematics to solve problems, solve problems and make decisions, cooperate with others, resolve conflict and negotiate, observe critically, and take responsibility for learning.





## Who Else can Benefit from the Essential Soft Skills Assessment?

Employers benefit from having employees earn the Essential Soft Skills™ credential in important ways, such as in reducing turnover, improving productivity, and maximizing on-the-job training. With the ESS credential, employees are more likely to work in teams to achieve mutual goals and objectives, demonstrate willingness to work, show initiative, and display responsible behaviors at work, including avoiding absenteeism and demonstrating promptness.

## Did you know...

WIN Learning also provides a blended solution to prepare learners/jobseekers for the Essential Soft Skills Assessment.

The Soft Skills courseware aligns 100% to the Essential Soft Skills Assessment, making it a great resource for preparation or remediation.

Contact WIN Learning today and ask about bundling the Essential Soft Skills Assessment with the Soft Skills courseware to give your learners/jobseekers the right tools for the job.





readiness redefined



SCSFAA0000230



# Essential Soft Skills Overview

Essential Soft Skills (ESS) is a career readiness assessment program that tests and scores employability skills and work habits. The assessment focuses on four main areas, conveying professionalism, promoting teamwork and collaboration, thinking critically and problem solving, and communicating effectively.

## Proctor Assessment Assignment

### 1. Find Participants

The Proctor Administration page is accessed by clicking the pertinent Assessment button from the Dashboard.



ScSF7A0000231



Learners can be found by searching by Class or by individual Learner.



**A.** After selecting the List by Class or List by Learner button, click Search to open a list of Classes/Learners. All classes the Proctor has access to will be displayed below the search field in alphabetical order.

**B.** Practice tests (assessment tutorials) may be accessed from this screen by clicking the View Practice Tests button.



SCSF-WIN0000232



## Managing the Assessment Assignments Grid

A specific class can be found by typing the first few letters of the title in the search field. By clicking the name of a class, a list of all learners in the class will be displayed.

In the example, the class being selected is Logistics ABC.

**A.** 'Add all' places all learners from the class into the Assessment Assignments grid.

**B.** Individual learners can be added by clicking the '+' next to the learner's name.

**C.** Individual learners can be removed from the grid by clicking the 'x' next to the learner's name.

**D.** To remove all learners from the grid at once, click the 'x' at the top of the Name column.

**E.** Multiple classes of learners can be added to the Assessment Assignments grid. Return to the full list of classes by clicking the name of the site location or search by class name. In the example below, the site location is named Quality Assurance Academy.



SCSFAA0000233



**F.** Scores for any assessment already taken will be displayed next to the learner's name.

**G.** A checkmark in the cell for an assessment means that assessment has already been assigned to the learner and there is no need to reassign.



SCSFAX0000234



In the example screenshot below, there are many things to note:

- 7 participants are listed in the Assessment Assignments Grid from the class Logistics ABC

- 2 learner from the class Logistics ABC were removed from the Assessment Assignments Grid as shown by the bolded names in the left dropdown menu

- 3 learners have previously taken assessments, and their latest scores are shown

- 1 learner has recently had the Essential Soft Skills assessment assigned to them shown by the checkmark in that cell



SCSFA-0000235



## Assigning Assessments

**A.** Assign specific assessments by checking the box in the assessment column of the grid. To assign an assessment to an individual learner, click the check box within the grid for the learner. Learners may have multiple assessments assigned to them at once.

**B.** To assign the same assessment to all learners, click the check box for that assessment in the top row of the grid. The column of learners will be highlighted and will have checkmarks displayed.

**C.** To save actions (assign or unassign), click Apply Changes. Confirm save by clicking yes in pop-up.

**D.** To undo any actions prior to clicking Apply Changes, such as clearing the grid of checkmarks, click Undo Changes.

**E.** Refresh will update grid with assessment scores.



SCSF-A0000236



In the example screenshot, there are many things to note:

- 3 learners have already taken the Essential Soft Skills assessment and have been unselected so they will not retake the assessment at this time.

- The 3 learners at the top of the grid have been assigned the Essential Soft Skills assessment but because one learner has already been granted access and it is not reassigned

- All learners in the grid have been assigned the Essential Soft Skills assessment but because one learner has already completed the assessment, it is not reassigned



SCSFAA0000237



## 2. View Assessment Progress

**A.** After assigning assessments and clicking Apply Changes, the 'Next' button activates. Click 'Next' to open View Assessment Progress where two buttons will become active, 'Revise Assignments' and 'Start'.

**B.** 'Revise Assignments' will go back to the Find Participants section where the assessment assignments can be changed and participants can be added or removed.

**C.** 'Start' will display a grid for monitoring learner status on active assessments. The grid will persist even if the proctor navigates to another page





SCSFAR0000238



**D.** Learner status on an assessment is displayed in the Monitor Assessments grid, which is updated in near real-time to show the current item number the learner is working on.

**E.** The Actions menu provides options to pause and unpause assessments for learners as well as extend time. The Exit and Save function bookmarks an assessment so a learner can resume and complete the assessment at a later time whereas Exit and Discard does not keep a record of the assessment.



ScSFAA0000239



## Proctored Assessment Learner Experience

Below is an example of what a learner will see when first logging into the WIN Career Readiness System. To begin the proctored assessments, the learner will need to click on the Essential Soft Skills module.



SCSFAA0000240



A. The learner can view the assessment tutorial(s) at the bottom left side of the screen at any time.

B. Once a proctor has assigned any assessment, the link(s) will become active on the right side of the screen. In this example the learner, Evan, has access to take the Essential Soft Skills assessment.



C. After clicking the test link, the learner is instructed to click the Start button to begin the assessment, as shown below.



SCSFAR0000241



**D.** Assessment item number as well as the timer is displayed.

*The example below shows the learner, Evan Arnold, is working on item 1 of the Essential Soft Skills assessment.*



**E.** After the learner clicks Start, the proctor will see on the Monitor Assessment Grid the Status change to active and the current item the learner is working on in the assessment will also be displayed. As the learner works through the assessment, the status is updated on the Monitor Assessment grid for the proctor.



SCSFAA0000242



**Accessibility Options**

**A.** The Learner has many choices for making accessibility changes and can do this by clicking the menu button located next to the timer.

**B.** Clicking on 'Accessibility' opens a window where the Learner can change the color scheme, font size, and find zoom options.

**C.** Clicking on 'Full Screen' will allow the learner to view the assessment across the whole screen of their computer.





SCSFA0000243



If an assessment item is left unanswered, the learner is alerted with an 'Item not complete' message in a pop-up window.



Upon clicking Submit, the Learner receives a message that the assessment was successfully completed. Clicking Finish will take the learner back to the assessment screen.



SCSFAA0000244



## Learner Scores

**A.** The learner can locate their score(s) and ebadge status by clicking the Reports tab as shown below.

**B.** The learner's Dashboard will also update with an ebadge status.

**C.** The screen shot below shows the Essential Soft Skills Assessment no longer highlighted in blue since the learner finished the assessment.





SCSFAA0000245

# Essential Soft Skills Script

## Complete Demographics for Enrollment

- Log on to computer
- Go to Internet and type in: www.wincrsystem.com
- Administrator passes out usernames and passwords
- Participant enters username and password to log in
- Fill out the demographic survey - ** you will be asked to change your password; please make note of it since you will need the new one for the actual test
- Log out when finished

## Before testing

- Make sure the all computers are functioning correctly and lockdown browser has been properly installed.
- Using post-its, create a seating chart and post the names of the students on the computers for easy seating. (optional)

## Script

**SAY**: Today, you will be taking the Essential Soft Skills proctored assessment to earn one half of your Arizona Career Readiness Credential. If you have any electronic devices with you at this time, please turn them off and put away.

**(Check for any electronic devices and have participants turn them off and put them away.)**

**SAY**: On the desktop, you will see an orange-colored icon with an "FF" in it. Please click on this icon to bring you to the test's sign-in page. Using the username you were given and the password you created, please log in.

**(Pause)**

**SAY**: You should now be looking at the welcome screen. The session is 60 minutes in length. Keep in mind that you will select two answer choices for each question. If you finish early, you may go back and check your work. Submit when you are ready. Please sit quietly until the testing time is up.

Are there any questions?

**(Answer any questions posed. Make assessment available to participants.)**

SCSFAA0000246

**SAY**:  You may begin.

Fill out the time and display it:

| Start | _____ |
| 5 minutes | _____ |
| End | _____ |

**(After participants have been testing for 55 minutes)**

**SAY**:  You have five minutes remaining.

**(After participants have been testing for 60 minutes)**

**SAY**:  Time is up.  Please click on the red stop button, if you have not already done so, followed by the yellow yield sign and close that session. *On your proctor computer click the STOP SESSION button to submit answers for scoring.*

**SAY**:  Please logout, and then you may leave. Thank you

SCSFAA0000248



WIN
readiness redefined

# The South Carolina
# Career Readiness Credential

## Silver Level

Has been earned by

for mastering the critical academic and employability skills.

Certificate No. _____

Date _____

_____
Signature

# South Carolina Career Readiness Credential

This credential is earned by validating the foundational skills that South Carolina employers value most. Extensive research has shown that these seven skill areas are important to succeed in almost every career. The holder of this certificate has successfully completed a battery of assessments in these critical skill areas.

There are four levels of this credential. Each level requires successful completion of one employability skills assessment, plus a minimum score of three on all three academic assessments:

**Bronze** requires a minimum score of 3 on all academic assessments. A bronze level certificate demonstrates career readiness skills for about 35% of today's jobs.

**Silver** requires a minimum score of 4 on all three academic assessments. A Silver level certificate demonstrates career readiness skills for about 65% of today's jobs.

**Gold** requires a minimum score of 5 on all academic assessments. A Gold level certificate demonstrates career readiness skills for about 90% of today's jobs.

**Platinum** requires a minimum score of 6 on all three academic assessments. A Platinum level certificate demonstrates career readiness skills for about 99% of today's jobs.

## [Name] has earned a [Silver] Level Certificate

| Score | Academic Assessment | Measured | Employability Skill |
|---|---|---|---|
| 6 | **Applied Mathematics**<br>Workplace mathematical reasoning and problem-solving skills from basic functions to mult-step calculations. | ✓ | **Resolve Conflict and Negotiate**<br>Oral and written communication skills; workplace communication tools; conflict resolution; phone, email and social media etiquette |
| 4 | **Reading for Information**<br>Reading comprehension and reasoning skills when using written text on the job including memos, letters, directions, signs, notices, bulletins, policies and regulations | ✓ | **Cooperate with Others**<br>Valuing cooperation, respect and diversity; leadership; Leveraging personal differences |
| 5 | **Locating Information**<br>Comprehension and application of workplace graphics such as charts, graphs, tables, forms, flowcharts, diagrams, floor plans, maps and instrument gauges | ✓ | **Solve Problems and Make Decisions**<br>Evaluating the elements of critical thinking; applying creative problem-solving strategies;overcoming adversity |
| | | ✓ | **Take Responsibility for Learning**<br>Work ethic; personal presentation; customer relations; attendance, punctuality and dependability; motivation and time management |

SCSFAA000249

# Essential Soft Skills Assessment

1.  You and a co-worker are entering customer information into a computer database. You notice that you are much faster at this task than your co-worker and complete the job in much less time. How should you handle this situation?

|  | Best | Worst |
|---|---|---|
| Tell your co-worker that she should learn to work more quickly to satisfy your supervisor. | ☐ | ☐ |
| Report your co-worker's slow performance to your supervisor. | ☐ | ☐ |
| When you finish your task, get up and leave your co-worker to complete her job alone. | ☐ | ☐ |
| Tell your co-worker that you would like to offer to help her complete her task. | ☐ | ☐ |

2.  You have been assigned a big project. You have one month to complete the project, but you also have all of your regular job responsibilities. You are worried that you will not complete the project on time. How should you handle this situation?

|  | Best | Worst |
|---|---|---|
| Tell your boss you cannot handle the extra work. | ☐ | ☐ |
| Ask some of your co-workers to take on your regular work responsibilities. | ☐ | ☐ |
| Continue as usual and hope that you get everything done. | ☐ | ☐ |
| Set and meet small project goals throughout the month to ensure you finish. | ☐ | ☐ |

Case 3:18-cv-00186-TRM-HBG   Document 171-1   Filed 08/26/19   Page 94 of 106   PageID #: 13575
SCSFAA0000250

3. You are upset by the quality of recent staff meetings you have attended. Meetings are disorganized and rarely produce specific outcomes. You believe meetings can be important, but these meetings seem to be a waste of time. How should you handle this situation?

| | Best | Worst |
|---|---|---|
| **Tell the meeting's organizer that the meetings are a waste of time.** | ☐ | ☐ |
| **Skip the meetings and hope no one notices.** | ☐ | ☐ |
| **Offer to help plan the agenda for one of the meetings.** | ☐ | ☐ |
| **Keep going to meetings but use the time to work on something else.** | ☐ | ☐ |

4. Every Friday for the past month you have attended a training session on how to incorporate a new customer service strategy. You have the highest sales in the district, and your old strategy is working just fine. Additionally, your supervisor rarely observes you work. How should you handle this situation?

| | Best | Worst |
|---|---|---|
| **Incorporate the new strategies in order to make a decision on the effectiveness of the approach, and then explain to your supervisor why some or all of the strategies may not work for you.** | ☐ | ☐ |
| **Since the new approach is research driven, integrate the new strategies, regardless of how they work for you and your customers.** | ☐ | ☐ |
| **Negotiate with your supervisor which strategies you should use and which ones you should disregard.** | ☐ | ☐ |
| **Continue to do things the way you have always done them since you are leading in the district and your supervisor does not monitor how you are successful.** | ☐ | ☐ |

Case 3:18-cv-00186-TRM-HBG   Document 171-1   Filed 08/26/19   Page 95 of 106   PageID #: 13576

ScSFAA0000251

5. You share a work space with another employee. This employee complains that you talk too loudly when you are on the phone. You realize that you are very loud at times. How should you handle this situation?

| | Best | Worst |
|---|---|---|
| Tell the co-worker to mind his own business. | ☐ | ☐ |
| Go to your boss and complain that your co-worker is rude. | ☐ | ☐ |
| Work on lowering your voice when on the phone. | ☐ | ☐ |
| Talk louder to annoy your co-worker even more. | ☐ | ☐ |

6. As part of your annual performance review, you have been asked to set a learning goal. You will be expected to work on this goal over the next year. How should you determine what goal to set in this situation?

| | Best | Worst |
|---|---|---|
| Ask your boss to choose your goal. | ☐ | ☐ |
| Select a goal that will be easy to complete. | ☐ | ☐ |
| Ask co-workers what they are doing and set the same goal. | ☐ | ☐ |
| Choose a goal based on an area for improvement from your performance review. | ☐ | ☐ |

Case 3:18-cv-00186-TRM-HBG   Document 171-1   Filed 08/26/19   Page 96 of 106   PageID #: 13577

SCSFAA0000252

# Ready to Work Applied Mathematics Form 1

1. Glassworks Bottling Company makes bottles that hold 0.375 liters of soda. Which fraction is the same as 0.375?

○ 3/4

○ 3/8

○ 3/75

○ 37/50

---

2. The temperature in the freezer at a meat processing plant is –16° C. What is the temperature in the freezer if it gets 5°C colder?

○ –11°C

○ 11°C

○ –21°C

○ 21°C

---

3. At Jason's Grocery Store, 3/10 of the employees stock shelves, 1/10 are managers, and 3/10 work the cash registers.

Which fraction represents the portion of employees who are managers, stock shelves, or work the cash registers?

○ 7/30

○ 1/7

○ 10/7

○ 7/10

---

Case 3:18-cv-00186-TRM-HBG   Document 171-1   Filed 08/26/19   Page 97 of 106   PageID #: 13578

SCSFAA0000253

4. Compute: $(-48) \div 12 =$

○ 36

○ 4

○ −4

○ −36

5. Sally sells spices in six-packs of identical cans. Each cylindrical can has a height of 7.5 cm and a diameter of 3.5 cm.
What is the total volume of spice available in the six-pack?

○ 72.12 cm$^3$

○ 288.49 cm$^3$

○ 432.73 cm$^3$

○ 1,730.93 cm$^3$

6. A television is on sale for $351. The original price was $450. What is the percent discount?

○ 9.9%

○ 22%

○ 28.2%

○ 78%

Case 3:18-cv-00186-TRM-HBG   Document 171-1   Filed 08/26/19   Page 98 of 106   PageID #: 13579
SCSFAA0000254

# Ready to Work Locating Information Form 1

Use the diagram below to answer the following question.



Routing Incoming Phone Calls

1. Which department helps customers who received a defective item?

- sales

- help desk

- billing

- shipping

Case 3:18-cv-00186-TRM-HBG   Document 171-1   Filed 08/26/19   Page 99 of 106   PageID #: 13580

SCSFAX0000255

Use the table to answer question below.

**Distribution of Company Expenses**

| Expense Category | Percentage of Expenses |
|---|---|
| Salaries, wages, and benefits | 55% |
| Facilities | 20% |
| Materials and supplies | 15% |
| Advertising | 8% |
| Other | 2% |

2. Which graph shows the same data displayed in the table?









Case 3:18-cv-00186-TRM-HBG   Document 171-1   Filed 08/26/19   Page 100 of 106   PageID #: 13581

SCSFAA0000256

Use the graph below to answer the following question.



3. What percent of Hispanic females dropped out of high school in 2007?

- 9.0%

- 9.4%

- 11.3%

- 14.2%

Case 3:18-cv-00186-TRM-HBG   Document 171-1   Filed 08/26/19   Page 101 of 106   PageID #: 13582
SCSFAA0000257

# Ready to Work Reading for Information Form 1

## Security Card Keys

**Memorandum**

To:      Biotech Employees

From:    Sam Jones, Director of Security

Re:      Security Card Keys

Biotech will provide one security card key to each employee. The card key will show the employee's picture. Card keys will be programmed to allow entry to certain areas. To enter a locked area, wave the card in front of the electronic lock next to the door. The card will unlock the doors into the areas where an employee works, the cafeteria, and the break rooms. Most cards will not unlock the doors to restricted areas where dangerous substances are stored.

Employees will be charged five dollars to replace a lost card. If you lose your card, let your supervisor know immediately. Your supervisor will give you a temporary card to use until a new card is provided. Human Resources will make a new card and deliver it to your supervisor within two days.

1. In the first paragraph, what is a "break room"?

○ an area that stores dangerous substances

○ the place employees relax when not working

○ the place where employees receive their key cards

○ the area where an employee works

Case 3:18-cv-00186-TRM-HBG   Document 171-1   Filed 08/26/19   Page 102 of 106   PageID #: 13583                    SCSFAA0000258

# MRSA in Healthcare

*Read this article to learn about MRSA in healthcare.*

Use of antibiotics contributes to the development of antibiotic-resistant strains of bacteria. Methicillin-resistant *Staphylococcus aureus* (MRSA) is a type of staph bacteria that is resistant to treatment with certain antibiotics. Approximately 53 million people may carry MRSA. MRSA most commonly lives in the nostrils, although the rest of the respiratory tract, open wounds, and urinary tract are also possible sites for infection. Some individuals may carry MRSA without symptoms for periods ranging from a few weeks to many years.

In healthcare settings, MRSA infections occur most frequently among patients who undergo invasive medical procedures such as surgery and have compromised immune systems.

Occasionally, MRSA enters the body through cuts and abrasions. MRSA in healthcare settings commonly causes serious and potentially life threatening infections, such as blood infections, surgical site infections, or pneumonia.

## How MRSA Spreads in Healthcare Settings

MRSA is mainly spread to other patients through people's hands, especially the hands of healthcare personnel. Hands may become contaminated with MRSA bacteria following contact with MRSA-infected (or colonized) patients. If appropriate hand hygiene such as washing with soap and water or using an alcohol-based hand rub is not performed, the bacteria can be spread when the healthcare provider touches other patients.

## How can I help protect myself or loved one?

2. Strep throat is caused by staph bacteria. Which behavior would most likely spread strep throat?

- ○ using antibiotics
- ○ shaking hands
- ○ having surgery
- ○ sharing soap

Case 3:18-cv-00186-TRM-HBG Document 171-1 Filed 08/26/19 Page 103 of 106 PageID #: 13584

SCSFAA0000259

- Be proactive in asking doctors and nurses to clean their hands before treating you. This includes washing their hands with soap and water or using an alcohol-based hand rub.
- Since catheters and drainage tubes may serve as entry points for infection, discuss with your doctor when and how these devices can be safely removed.
- Advise friends and relatives not to visit you in the hospital if they feel ill.
- After leaving a healthcare facility or after having a medical procedure such as surgery, pay attention to symptoms that may indicate an infection: unexpected pain, chills, fever, drainage, or increased inflammation of a surgical wound. Contact your doctor immediately if any of these occur.

Case 3:18-cv-00186-TRM-HBG   Document 171-1   Filed 08/26/19   Page 104 of 106   PageID #: 13585                    SCSFAA0000260

# MRSA in Healthcare

*Read this article to learn about MRSA in healthcare.*

Use of antibiotics contributes to the development of antibiotic-resistant strains of bacteria. Methicillin-resistant *Staphylococcus aureus* (MRSA) is a type of staph bacteria that is resistant to treatment with certain antibiotics. Approximately 53 million people may carry MRSA. MRSA most commonly lives in the nostrils, although the rest of the respiratory tract, open wounds, and urinary tract are also possible sites for infection. Some individuals may carry MRSA without symptoms for periods ranging from a few weeks to many years.

In healthcare settings, MRSA infections occur most frequently among patients who undergo invasive medical procedures such as surgery and have compromised immune systems.

Occasionally, MRSA enters the body through cuts and abrasions. MRSA in healthcare settings commonly causes serious and potentially life threatening infections, such as blood infections, surgical site infections, or pneumonia.

## How MRSA Spreads in Healthcare Settings

MRSA is mainly spread to other patients through people's hands, especially the hands of healthcare personnel. Hands may become contaminated with MRSA bacteria following contact with MRSA-infected (or colonized) patients. If appropriate hand hygiene such as washing with soap and water or using an alcohol-based hand rub is not performed, the bacteria can be spread when the healthcare provider touches other patients.

## How can I help protect myself or loved one?

3. When bacteria grow on a doorknob, the doorknob is considered

- ○ inflamed.
- ○ resistant.
- ○ immune.
- ○ colonized.

Case 3:18-cv-00186-TRM-HBG   Document 171-1   Filed 08/26/19   Page 105 of 106   PageID #: 13586

SCSFAA0000261

- Be proactive in asking doctors and nurses to clean their hands before treating you. This includes washing their hands with soap and water or using an alcohol-based hand rub.
- Since catheters and drainage tubes may serve as entry points for infection, discuss with your doctor when and how these devices can be safely removed.
- Advise friends and relatives not to visit you in the hospital if they feel ill.
- After leaving a healthcare facility or after having a medical procedure such as surgery, pay attention to symptoms that may indicate an infection: unexpected pain, chills, fever, drainage, or increased inflammation of a surgical wound. Contact your doctor immediately if any of these occur.

Case 3:18-cv-00186-TRM-HBG   Document 171-1   Filed 08/26/19   Page 106 of 106   PageID #: 13587
SCSFAA0000262