UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ACT, INC., | ) | |
| | ) | |
| Plaintiff & Counter-Defendant, | ) | |
| | ) | |
| v. | ) | No. 3:18-CV-186-TRM-HBG |
| | ) | |
| WORLDWIDE INTERACTIVE NETWORK, INC. and TERESA CHASTEEN, | ) ) | |
| | ) | |
| Defendants & Counter-Claimant. | ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiff and Counter-Defendant's Motion For Leave to Depose Defendant Teresa Chasteen Regarding Antitrust And Personal Liability Issues [Doc. 239]. The Defendants and Counter-Claimants have filed a Response In Opposition [Doc. 257].

Based on the filings of the parties, and the entire record in this case, the Court finds that the said Motion [Doc. 239] is well-taken, and it is **GRANTED**. Without unnecessary delay, the parties shall agree upon a date for Teresa Chasteen to give a deposition on the subject matter of the antitrust claims and the personal liability/alter ego issues. The deposition shall be completed in a single seven-hour deposition, at the location agreed upon by the parties. If the parties can not agree on a location, or any other term or condition of the deposition, they shall initiate a conference call with the undersigned.

**IT IS SO ORDERED**.

ENTER:

_/s/ Bruce Guyton_
United States Magistrate Judge