U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

MINUTES - CIVIL TRIAL ☑ Jury ☐ Non-Jury  2nd Day (1st, 2nd, etc.)  CASE NO.: 3:18-cv-186

STYLE: ACT, Inc. vs. Worldwide Interactive Network/Chasteen

PRESENT: Honorable Travis R. McDonough  ☑ U.S. District Judge  ☐ U.S. Magistrate Judge

Attorney(s) for Plaintiff(s): Laura Chapman, Yasamin Parsafar, Hugh Moore, Chante Westmoreland

Attorney(s) for Defendant(s): K. Carpenter, C. Hatmaker, K. Hutcherson, S. Outten, J. McElwaine, L. Lewis

Deputy Clerk: Stefanie Capetz    Court Reporter: Stephanie Fernandez/Elizabeth Coffey

PROCEEDINGS:

☑ JURY selected and sworn. Jurors present 12 / Seated ___ / Challenged ___ / Excused ___ / Not used ___
(See attached list)

☐ Opening Statements ☑ Rule Requested ☑ Witness sworn (Witnesses listed on "Exhibit & Witness List")

☑ Introduction of evidence for pltf. ☐ begun ☑ resumed ☐ concluded

☐ Deft.'s MOTION: _____ ☐ GRANTED ☐ DENIED

☐ Introduction of evidence for deft. ☐ begun ☐ resumed ☐ concluded

☐ Deft.'s RENEWED MOTION: _____ ☐ GRANTED ☐ DENIED

☐ Rebuttal evidence ☐ Surrebuttal evidence ☐ Charge conference ☐ Argument of counsel ☐ Charge of Court

☐ Jury retired to deliberate at _____ Jury returned at _____

☐ JURY VERDICT: _____

☐ Jury polled ☐ Polling waived

☐ JUDGMENT BY COURT: _____

☐ Case taken under advisement ☐ Mistrial declared

☐ EXHIBITS: ☐ in vault ☐ in file ☐ taken by court ☐ returned to attys (OBTAIN SIGNED RECEIPT)

☑ TRIAL CONTINUED UNTIL: August 24, 2022 at 9AM

OTHER PROCEEDINGS:

Parties will notify Court regarding reconvening at 8:30AM, if needed.

Time 8:35 to 9:00   Time 9:10 to 11:05   Time 11:15 to 11:50
Time 1:50 to 3:30   Time 3:45 to 5:15    Time ___ to ___   Date 8/23/2022