UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ACT, INC., | ) |
|     *Plaintiff & Counter-Defendant*, | ) Case No. 3:18-cv-186 ) ) Judge Travis R. McDonough |
| v. | ) ) Magistrate Judge H. Bruce Guyton |
| WORLDWIDE INTERACTIVE NETWORK and TERESA CHASTEEN, | ) ) ) |
|     *Defendants & Counter-Claimant*. | ) |

## ORDER

Trial of this matter began on August 22, 2022. On August 24, 2022, Plaintiff ACT, Inc., rested its case, and Defendants Worldwide Interactive Network and Teresa Chasteen moved for partial judgment as a matter of law under Federal Rule of Civil Procedure 50. The Court hereby **ORDERS** Defendants to file a memorandum in support of their Rule 50 motion by **5:00 p.m. Eastern Time** on **August 29, 2022**. The Court **ORDERS** Plaintiff to file its response to Defendants' motion by **5:00 p.m. Eastern Time** on **August 31, 2022**. The memoranda **SHALL** be no longer than twenty pages each and **SHALL** identify evidence and testimony elicited during trial that supports each's party's position.

    SO ORDERED.

                                    */s/ Travis R. McDonough*
                                    **TRAVIS R. MCDONOUGH**
                                    **UNITED STATES DISTRICT JUDGE**