UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ACT, INC., | ) |
| *Plaintiff & Counter-Defendant,* | ) Case No. 3:18-cv-186 |
| | ) Judge Travis R. McDonough |
| v. | ) |
| WORLDWIDE INTERACTIVE NETWORK and TERESA CHASTEEN, | ) |
| *Defendants & Counter-Claimant.* | ) |

## SUPPLEMENTAL VERDICT FORM

### WIN'S COUNTERCLAIMS AGAINST ACT

### INTENTIONAL INTERFERENCE WITH BUSINESS RELATIONSHIPS

**QUESTION NO. 1:** Do you find by clear and convincing evidence that WIN is entitled to punitive damages?

Yes: ✓

No: _____

Have the foreperson sign and date this form and return it to the court officer.

_____
FOREPERSON

9/9/22
DATE

1