| EXHIBIT | DESCRIPTION |
|---|---|
| Court-1-Courtdoc661Sti | Stipulations - Court Exhibit 5004 |
| Court-5005-cv186SUPPLEMEN | Supplemental Jury Instructions |
| Court-Final-afterreading09 | |
| Pla-EX-0002 | |
| Pla-EX-0003 | |
| Pla-EX-0006 | |
| Pla-EX-0021 | |
| Pla-EX-0029 | |
| Pla-EX-0043 | |
| Pla-EX-0103 | |
| Pla-EX-0121 | |
| Pla-EX-0122 | |
| Pla-EX-0123 | |
| Pla-EX-0124 | |
| Pla-EX-0125 | |
| Pla-EX-0126 | |
| Pla-EX-0129 | |
| Pla-EX-0130 | |
| Pla-EX-0152 | |
| Pla-EX-0167 | |
| Pla-EX-0189 | |
| Pla-EX-0226 | |
| Pla-EX-0227 | |
| Pla-EX-0238 | |
| Pla-EX-0241 | |
| Pla-EX-0242 | |
| Pla-EX-0244 | |
| Pla-EX-0250 | |
| Pla-EX-0252 | |
| Pla-EX-0255 | |
| Pla-EX-0256 | |
| Pla-EX-0268 | |
| Pla-EX-0269 | |
| Pla-EX-0270 | |
| Pla-EX-0271 | |
| Pla-EX-0274 | |
| Pla-EX-0280 | |

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Pla-EX-0281 | |
| Pla-EX-0283 | |
| Pla-EX-0284 | |
| Pla-EX-0287 | |
| Pla-EX-0290 | |
| Pla-EX-0291 | |
| Pla-EX-0299 | |
| Pla-EX-0300 | |
| Pla-EX-0347 | |
| Pla-EX-0372 | |
| Pla-EX-0379 | |
| Pla-EX-0384 | |
| Pla-EX-0420 | |
| Pla-EX-0422 | |
| Pla-EX-0423 | |
| Pla-EX-0431 | |
| Pla-EX-0434 | |
| Pla-EX-0477 | |
| Pla-EX-0478 | |
| Pla-EX-0479 | |
| Pla-EX-0480 | |
| Pla-EX-0483 | |
| Pla-EX-0484 | |
| Pla-EX-0486 | |
| Pla-EX-0488 | |
| Pla-EX-0501 | |
| Pla-EX-0502 | |
| Pla-EX-0506 | |
| Pla-EX-1051 | |
| Pla-EX-1071 | |
| Pla-EX-1127 | |
| Pla-EX-1129 | |
| Pla-EX-1132 | |
| Pla-EX-1134 | |
| Pla-EX-1142 | |
| Pla-EX-1143 | |
| Pla-EX-1181 | |
| Pla-EX-3006 | |
| Pla-EX-3014 | |
| Pla-EX-3065 | |
| Pla-EX-3070CORRECTED | |
| Pla-EX-3074 | |
| Pla-EX-3075 | |

| EXHIBIT | DESCRIPTION |
|---|---|
| Pla-EX-3076 | |
| Def-44 | defexhibit |
| Def-DEFEX-5 | |
| Def-EX-1074 | |