IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
IN KNOXVILLE

| | |
|---|---|
| ACT, INC., | : |
| Plaintiff and Counter-Defendant, | : Case No. 3:18-cv-00186-TRM-HBG |
| v. | : |
| WORLDWIDE INTERACTIVE NETWORK, INC. and TERESA CHASTEEN, | : |
| Defendants and Counter-Claimants. | : |

**ORDER**

The Court has considered the joint motion filed by the parties to: (1) Dissolve the Preliminary Injunction entered on August 18, 2021 against Defendants (Doc. 541); (2) Deny as moot ACT's Motion Requesting an Order to Show Cause Why Defendants Should Not Be Held in Contempt of the Court Granting Preliminary Injunction ("Motion for Contempt"), filed on June 24, 2022 (Doc. 662); (3) Release, to Plaintiff, ACT, Inc. ("ACT") ACT's bond in the amount of two million dollars ($2,000,000); (4) Release, to Defendant Worldwide Interactive Network, Inc., the monies submitted to the Court Registry, account number TNEPA102, pursuant to the Court Orders dated September 21, 2021 (Doc. 588).

It is now **HEREBY ORDERED** that:

1. The Preliminary Injunction entered by this Court on August 18, 2021 against Defendants (Doc. 541), is **DISSOLVED**.

2. ACT's Motion Requesting an Order to Show Cause Why Defendants Should

Not Be Held in Contempt of the Court's Order Granting Preliminary Injunction ("Motion for Contempt"), filed on June 24, 2022 (Doc. 662) is **DENIED AS MOOT**.

3. ACT's bond in the amount of two million dollars ($2,000,000) is hereby **RELEASED** to Plaintiff, ACT, Inc..

4. All of the funds in the Court Registry (submitted pursuant to the Court Order dated September 21, 2021 (Doc. 588)), account number TNEPA102, which currently consist of $646,883.08, shall be promptly **RELEASED** and **PAID** to Defendant Worldwide Interactive Network, Inc.

Signed in Chattanooga, Tennessee on this  12th  day of  September , 2022.

_____
Travis R. McDonough
United States District Judge

SMRH:4886-5795-8962.3
091122
52PK-270436
Case 1:18-cv-00186-TRM-CHS Document 731 Filed 09/12/22 Page 2 of 2 PageID #: 43528
Case 3:18-cv-00186-TRM-JEM Document 783-1 Filed 09/29/22 Page 2 of 2 PageID #: 43698