# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 14, 2022

Ms. LeAnna Wilson
Eastern District of Tennessee at Knoxville
800 Market Street
Suite 130 Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902-0000

        Re:  Case No. 21-5889/21-5907/21-6155, *ACT, Inc. v. Worldwide Interactive Network, et al*
             Originating Case No. 3:18-cv-00186

Dear Ms. Wilson:

Enclosed is a copy of the mandate filed in this case.

                                  Sincerely yours,

                                  s/Patricia J. Elder, Senior Case Manager
                                   for Virginia Padgett, Case Manager

cc:  Mr. A. Mattison Bogan
      Mr. William Kyle Carpenter
      Ms. Laura Lindsay Chapman
      Mr. Matthew G. Halgren
      Mr. James Chadwick Hatmaker
      Mr. John G. Jackson
      Mr. Lorin Lapidus
      Mr. Hugh J. Moore Jr.
      Ms. Yasamin Parsafar

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 21-5889/21-5907/21-6155

_____

Filed: September 14, 2022

ACT, INC.

    Plaintiff - Appellee

v.

WORLDWIDE INTERACTIVE NETWORK, INC.; TERESA CHASTEEN

    Defendants - Appellants

## MANDATE

Pursuant to the court's disposition that was filed 08/23/2022 the mandate for this case hereby issues today.

COSTS: None